IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONES DAY, )<br>a General Partnership, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>BlockShopper.com, )<br>an unincorporated business entity, )<br> )<br>and )<br> )<br>Brian Timpone, )<br>d/b/a Blockshopper.com, )<br>an individual, )<br> )<br>and )<br> )<br>Edward Weinhaus, )<br>d/b/a Blockshopper.com, )<br>an individual, )<br> )<br>  Defendants. ) | FILED: AUG 12, 2008<br>Case No.: 08CV4572<br>        JUDGE DARRAH<br>Judge:   MAGISTRATE JUDGE COX<br>        RCC |

### NOTICE OF CLAIMS INVOLVING SERVICE MARK

Pursuant to Local Rule 3.4 of this Court, Plaintiff Jones Day submits this Notice of Claim Involving Service Mark for this suit, stating that the parties are:

CLI-1640737v1

- 2 -

| | |
|---|---|
| Jones Day<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601-1692<br>(Plaintiff) | Blockshopper.com<br>875 N. Michigan Avenue, Suite 3100<br>Chicago, Illinois 60610<br>(Defendant)<br><br>Brian Timpone<br>2024 North Racine Avenue, Apartment D<br>Chicago, Illinois 60614<br>(Defendant)<br><br>Edward Weinhaus<br>102 Ladue Aire Drive<br>Saint Louis, Missouri 63141<br>(Defendant) |

The Service Marks upon which this action is brought are United State Trademark Registration Numbers:

JONES DAY - Registration No. 2,212,877, registered December 22, 1998.

JONES DAY - Registration No. 2,316,539, registered February 8, 2000.

Dated: August 12, 2008

Respectfully submitted,

By: /s/ Paul W. Schroeder
Paul W. Schroeder
Illinois State Bar No. 2509113
pwschroeder@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Meredith M. Wilkes
N.D. Illinois Bar No. 90785056
mwilkes@jonesday.com
Robert P. Ducatman
rducatman@jonesday.com
James W. Walworth Jr.
jwalworth@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212