# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JONES DAY,<br>a General Partnership, | ) | Case No.: 08CV4572 |
| | ) | |
| Plaintiff, | ) | Judge John Darrah |
| | ) | |
| v. | ) | |
| | ) | |
| BlockShopper.com,<br>an unincorporated business entity, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Brian Timpone,<br>d/b/a Blockshopper.com,<br>an individual, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Edward Weinhaus,<br>d/b/a Blockshopper.com,<br>an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL DECLARATION OF KRISTY POSCH

I, Kristy Posch, declare as follows:

1.    I provide this Supplemental Declaration in support of the Motion for Temporary Restraining Order in the above-captioned case.  I have personal knowledge of all facts set forth below and, if called upon to testify, I would testify consistent with those facts.

CHI-1663956v1

2.      I am a Paralegal in the law firm of Jones Day.

3.      Defendants operate the web site accessible at www.blockshopper.com ("the Web Site").  Attached hereto as Exhibit 1, and by reference herein incorporated, is a true and correct copy of the pages an internet user would see when he or she accesses the Web Site.  Exhibit 1 accurately depicts the Web Site as of the date of this Declaration.  This Exhibit is the same as Exhibit 1 to my original Declaration in support of the Motion for Restraining Order.

4.      Included in Exhibit 1 are two pages from the Web Site containing information about two Jones Day attorneys:  Mr. Jacob C. Tiedt and Mr. Daniel P Malone, Jr., On each of the pages, on and before August 12, 2008 at approximately 5.30 p.m., Mr. Tiedt's and Mr. Malone's pictures appeared and their names were hyperlinked, such that when a user clicks on their name, the user is redirected automatically to the respective attorney biography page on the Jones Day website.  Once the user has been redirected to an attorney bio page on the Jones Day website, that user can thereafter navigate to other portions of the Jones Day website. Jones Day service marks appear on the Jones Day website.  Attached as Exhibit 2 are accurate copies of the pages on the Web Site that contain information about Mr. Tiedt and Mr. Malone followed by an accurate copy of the biographical pages and other Jones Day web site information that is linked to the Web Site.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on:   August 13, 2008

_____

Kristy Posch

**Exhibit 1 to the Supplemental Declaration of Kristy Posch**



**REAL INTELLIGENCE ON LOCAL REAL ESTATE**



Launched in May 2006, <u>BlockShopper Chicago</u> covers Chicago's Lincoln Park and Lake View neighborhoods.



Launched in March 2007, BlockShopper St. Louis covers all of suburban St. Louis County, including news and data on nearly 225,000 home sales since 1998.

### S. Florida

Launched in January 2008, BlockShopper South Florida covers all of Palm Beach and Broward counties.

### Las Vegas

Launched in May 2008, BlockShopper Las Vegas covers all of Clark County, Nevada, with more than 15 years of sale data.

*What's BlockShopper?*

As featured in the Chicago Tribune, BlockShopper is a local real estate news and market data service for current and aspiring homeowners.

Read our daily news stories and learn who's buying and who's selling in your neighborhood.

Or put prices in perspective with our comprehensive home sales database. BlockShopper is the ultimate research tool for home buyers, sellers and investors.

**Contact Us:** Media, Advertising & Business Dev.: brian@blockshopper.com · User/Homeowner Support: rob@blockshopper.com

Chicago
**BlockShopper.com**

with Lucid Realty
★ Low Commissions
★ Buyer Rebates
★ Full Service

LUCID REALTY

| Home | News | Sold Homes | About Us |
|------|------|-----------|----------|

AUGUST 11

### Northwestern Memorial radiologist buys N. Greenview townhome

*by Dan Fey*

Dr. Karin E. Dill bought a three-bedroom, three bath townhome at 2669 N. Greenview Ave. in Lincoln Park for $650,000 from Timothy and Dawn Walsh on June 10.

Read more...



2669 N. Greenview Ave.

Filed under: Lincoln Park | West Lincoln Park

AUGUST 11

### DuPont account manager sells for $483K on N. Halsted

*by Dan Fey*

Tara Zmyslo and Andrew Benedict sold their two-bedroom, two bath condo at 2719 N. Halsted in Lincoln Park for $483,000 to Jamie Smith on June 16.

Read more...



2719 N. Halsted

Filed under: Lincoln Park | Mid-North

**New Construction Condos**
Chicago New Condos For Sale Floor Plans, Prices, Delivery Dates

**Wrigleyville Townhouses**
Find Every Home in the Chicago MLS For Free. Thousands of Listings!



Ads by Google

AUGUST 11

### Investment exec sells for $509K on W. Lill

*by James Trotter*

Daniel M. Alfe and his wife, Amie, sold their three-bedroom, two bath condo at 817 W. Lill Ave. in Lincoln Park for $509,000 to Vito and Donata Falco on June 13.

Read more...



817 W. Lill Ave.

Filed under: Lincoln Park | Mid-North

AUGUST 8

### Real estate lawyer pockets $140K on W. Fullerton condo

*by James Trotter*

Charles D. Mangum and his wife, Rachel Story, sold their two-bedroom, two bath condo at 453 W. Fullerton Pkwy. in Lincoln Park for $500,000 to Jason Hartline on July 14. Read more...

Filed under: Lincoln Park | Mid-North



Mr. Mangum

## Chicago Real Estate

Select Neighborhood
Lincoln Park

Maximum Price
$350,000

Prop Type
Condominium

Bathrooms
0

Bedrooms
0

Search

**XML** BlockShopper News RSS Feed

### Subscribe

Get the latest Lincoln Park & Lake View home sales news, FREE delivered straight to your inbox.

Join

### Browse by Neighborhood

- Lake View
- Lincoln Park

### Browse by Street

- Addison St
- Aldine Ave
- Alta Vista Ter
- Altgeld St
- Arlington Pl
- Armitage Ave
- Ashland Ave
- Barry Ave
- Belden Ave
- Belle Pl
- **and more...**

### Browse by Price

- $ 50-99k
- $ 100-149k
- $ 150-199k
- $ 200-249k
- $ 250-299k
- $ 300-349k
- $ 350-399k
- $ 400-449k
- $ 450-499k
- $ 500-549k

**Chicago MLS Search**
Find Townhomes in the Chicago MLS For
Free. Thousands of Listings!
◀▶

**Lincoln Park Lofts**
Discover Your Next Chicago Loft! Search In
Your Price Range Today.

Ads by Google

AUGUST 8

## New Feinberg chair spends $1.09M for Deming Place condo

*by James Trotter*

Dr. Douglas E. Vaughan bought a three-bedroom, 2.1
bath condo at 454 W. Deming Place in Lincoln Park for
$1.09 million from Chicago developer
Wexner/Greenberg Associates, Inc. on July 8. Read
more...



Dr. Vaughan

Filed under: Lincoln Park / Wrightwson

right ©
07

**Browse by Sale Date**

- Jul 20 - 26, 2008
- Jul 13 - 19, 2008
- Jul 6 - 12, 2008
- Jun 29 - Jul 5, 2008
- Jun 22 - 28, 2008
- Jun 15 - 21, 2008
- Jun 8 - 14, 2008
- Jun 1 - 7, 2008
- May 25 - 31, 2008
- May 18 - 24, 2008
- and older...
- and higher...

BlockShopper.com. **Advertise** | FAQ | About Us
Contact Us | Terms of Use

AUGUST 8

## Indiana grad spends $468K for new N. Lincoln condo

*by Dan Fey*

Scott Boruff and Amanda Greiwe bought a
two-bedroom, two bath condo at 2757 N. Lincoln Ave.
in Lincoln Park for $468,00 from Impressionist Homes
on Lincoln on June 23. Read more...



Mr. Boruff

Filed under: Lincoln Park / Lincoln Central

**Chicago, IL Townhomes**
Over 3 Million Properties for Sale. Free Listings
by Price, Size, Area.
◀▶

**Chicago Condo Surveying**
Land & property surveying services Please call
today to find out more!

Ads by Google

AUGUST 7

## Dispute lawyer spends $1.5 million in Wrigleyville

*by Dan Fey*

James W. Hutchison bought a home at 3818 N. Wayne
Ave. in Lake View for $1,502,500 from Tom Romano on
July 10. Read more...



Mr. Huchison

Filed under: Lake View / Lakeview East

AUGUST 7

## IT consultant sells W. Barry condo for $435K

*by James Trotter*

Bradley Vesprini sold his three-bedroom, two bath
condo at 728 W. Barry Ave. in Lake View for $435,000
to Gregory Heidemann on July 14. Read more...



728 W. Barry
Ave.

Filed under: Lake View / Lakeview East

## Earlier Features

- D.C. nonprofit specialist spends $575K on N. Wayne (AUGUST 7)
- Rush Medical psychiatrist sells W. Schubert home (AUGUST 6)
- Realtor sells W. Lill condo for $445K (AUGUST 6)
- Minneapolis attorney sells W. Surf condo (AUGUST 6)
- Tax lawyer, Kent College professor spends $1.22M (AUGUST 6)
- NFL kicker turned real estate exec buys in Hartland Park II (AUGUST 5)
- Former TV producer sells N. Lake Shore condo (AUGUST 5)
- Real estate development exec spends $525K on N. Sheffield (AUGUST 4)
- UIC lab director buys N. Grace condo (AUGUST 4)
- William Blair principal sells on N. Dayton (AUGUST 4)
- W. Belmont condo draws $470.5K (AUGUST 1)
- Public relations exec spends $995K on N. Greenview (AUGUST 1)
- Realtor sells W. Grant condo for $750K (AUGUST 1)
- Minnesota landscaper sells W. Cornelia condo (JULY 31)
- Corporate attorney swaps N. Bosworth condo with personal trainer (JULY 31)

*For more stories, see the News Archives.*



| Home | News | Sold Homes | About Us |

## Advertise on BlockShopper.com

BlockShopper.com offers special advertising and sponsorship packages created to meet your local customer acquisition or brand-building needs.

If you're a **real estate professional**, **mortgage broker/lender**, **home builder** or local **small business** looking to cost-effectively reach potential buyers in a targeted market area, check out what we have to offer.

You can shop for Ads on our Advertising Store.

You will find it especially helpful to review our "How To" Select the Ad That's Right For You and our Special Guide to Advertising Pricing.

In **St. Louis and Chicago**, email eddie (@at) blockshopper (DOT)com.

### Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[                    ] Join

**Sending Message to Contactify Link Number:**

[                    ] Your Name

[                    ] Your Email Address

[                    ] Subject

[                    ] Message

Please enter the code: (can't read code?)

[                    ]

By sending a message through contactify you fully accept our terms and privacy policy. If you do not agree please do not continue.

[I agree, send message]    [I don't agree]

Powered by Contactify (get yours, it's free.)

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



JULY 24

# Blockshopper.com founder buys Lincoln Park townhome

*by Jeremy Schnitker*

Property Location



Blockshopper.com founder Brian Timpone and his wife, Patricia, bought a four-bedroom, 3.1 bath townhome in the Camden Passage complex at 2024 N. Racine for $730,000 from Robert and Annica Nolan on June 14.



2024 N. Racine

The Nolans paid $640,000 for Unit #D in Nov. 2005.

Mr. Timpone, 34, founded Blockshopper in the spring of 2006 with the intent of fusing real estate and community news. Blockshopper, which has sites in Chicago and St. Louis, is planning a nationwide rollout in 2007–08.

He is a co-founder and owner of 1871media.com, now uxCast.com, a content software solutions provider.

Blockshopper is just one of the many media ventures the south suburban native has been involved with over the years. He's the Publisher of a chain of legal newspapers, *The Madison County Record*, *The West Virginia Record* and *The Southeast Texas Record*. He also publishes LegalNewsline.com, a web-based newswire covering state supreme courts and state attorneys general.

He was a Content Executive with Zacks.com, and co-founder of ePrairie.com and GolfSpan.com.

The former television reporter has worked with major networks such as CBS, CNN, CNBC, NBC.

Mr. Timpone has dabbled in politics, serving as the spokesman for the Illinois General Assembly's Minority Leader, Lee Daniels. He's also managed media communication and strategy for a handful of statewide political campaigns.

He's a graduate of the University of Missouri School of Journalism and attended Marian Catholic High School in Chicago Heights.

He and Patty also own property at 1725 N. Dayton, Unit #A, for which they paid $519,000 in Feb. 2005.

There are 19 townhomes in Camden Passage, which was built in 1988.

**Address**: 2024 N. Racine, Unit #D
**Buyer**: Brian and Patricia Timpone
**Seller**: Robert and Annica Nolan
**Sale date**: June 14

## Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[ ] [Join]

Search Who Bought, Who Sold and For How Much Throughout Lincoln Park and Lake View – for Free!!!

>> E−mail this article to a friend

Copyright © 2006−07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



 (http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626765&afsid=

(/)



- **News** (/news/)
- **Cities** (/cities/)

- **Schools** (/schools/)
- **ZIPs** (/zips/)
- **Condos** (/condos/)
- **Taxes** (/taxes/)
- **For Sale** (/listings/)
- **Agents** (/agents/)
- **Foreclosures** (/foreclosures/)
- **New Construction** (/construction/)

Sign-in (/dashboard) / Join (/signup) BlockShopper today!

NEW: BlockShopper Unlisted (/unlisted)

AUG 11

### Civil litigator spends $377,500 in Ladue (/news/story/201911/)

by Angie Barrett

Jonathan K. Glassman and his wife, Yi Sun, bought a four-bedroom, 2.5 bath at 12 Burroughs Ln. in Ladue for $377,500 from Edmond E. Jacobitti and his wife, Barbara L. Hertenstein, on May 22. **Read more... (/news/story/201911/)**

AUG 8

### State senator selling 1920s-era abode in U City (/news/story/201875/)

by James Trotter

Missouri senator Joan Bray and her husband, Dr. Carl Hoagland, are selling their four-bedroom, two full and one half-bath home at 7120 Washington Ave. in University City for $559,700. **Read more... (/news/story/201875/)**


Senator Bray

AUG 6

### Cable company exec sells in West County (/news/story/201861/)

by Amy Anderson

Cash S. Hagen and his wife, Vanessa, sold their three-bedroom, two bath home at 329 Arbor Glen Dr. in Unincorporated West County for $382,500 to Mark Mcpeak and his wife, Susan, on May 6. **Read more... (/news/story/201861/)**


Mr. Hagen

AUG 5

### Electronics wholesaler gets $415K for Des Peres 5BD (/news/story/201787/)

by Amy Anderson

Jed M. Nadler and his wife, Carol, sold their five-bedroom, 3.5 bath home at 1434 Fairbrook Dr. in Des Peres for $415,000 to David Collins and his wife, Valerie, on May 22. **Read more... (/news/story/201787/)**


1434 Fairbrook Dr.

AUG 5

### Chesterfield 4BD draws $411K (/news/story/201786/)

by Amy Anderson

Lorenzo A. Squellati and his wife, Karen, sold their four-bedroom, 2.5 bath at 212 Vonbehren Dr. in Chesterfield for $411,000 to Jonathan L. White and his wife, Natalie, on May 15. **Read more... (/news/story/201786/)**


212 Vonbehren Dr.

AUG 4

### Radiation oncologist spends $410K in Frontenac (/news/story/201781/)

by Angie Barrett

Dr. Rajanish Singla bought a three-bedroom, two bath home at 1 Lynnbrook Rd. in Frontenac for $410,000 from Daniel J. Mosley and his wife, Elizabeth, on May 6. **Read more... (/news/story/201781/)**

AUG 4

### Former SLU swimmer buys in Chesterfield for $405K (/news/story/201780/)

by Angie Barrett

Luke Muran and his wife, Kristin, bought a four-bedroom, 3.5 bath home at 431 Strawbridge Dr. in Chesterfield for $405,000 from Robyn Gottlieb and her husband, Louis, on May 15. **Read more... (/news/story/201780/)**



Mr. Muran

AUG 4

## Lawyer sells in Ballwin for $392K (/news/story/201779/)

by Amy Anderson

Lawrence O. Willbrand, Jr. and Mary Lou Willbrand sold a four-bedroom, 3.5 bath home at 209 Pointe Lucerne Ct. in Ballwin for $392,000 to Craig A. Ransom and his wife, Amanda, on May 6. **Read more... (/news/story/201779/)**



209 Pointe Lucerne Ct.

AUG 1

## Horse racing handicapper, internist sell in Chesterfield for $457,500 (/news/story/201771/)

by Angie Barrett

Marc Skale and his wife, Dr. Christina Skale, sold their four-bedroom, 2.5 bath at 13650 River Valley Ct. in Chesterfield for $457,500 to Jeffrey Keech and his wife, Rachel, on May 20. **Read more... (/news/story/201771/)**

AUG 1

## Former payroll co. owner sells in Clarkson Valley for $431K (/news/story/201769/)

by Angie Barrett

Angela G. Smiley and her husband, Michael, sold their four-bedroom, 2.5 bath at 27 Forest Club Dr. in Clarkson Valley for $431,000 to Santa Ana Holdings LLC on May 1. **Read more... (/news/story /201769/)**

**Earlier Features**

- **Bryan Cave attorney buys classic University City 3BD (/news/story/201742/)** (JUL 31)
- **Indianapolis transplant selling Clarkson Valley 4BD (/news/story/201676/)** (JUL 30)
- **Labor officer lists 4BD in Black Jack for $599,900 (/news/story/201626/)** (JUL 30)
- **Cardiologist asking $599K in West County (/news/story/201675/)** (JUL 30)
- **Healthcare co. exec lists Clayton 4BD for $829K (/news/story/201707/)** (JUL 29)
- **Washington University professor lists University City home for $589,900 (/news/story/201703/)** (JUL 29)
- **Former Rams quarterbacks coach selling South County 5BD (/news/story/201649/)** (JUL 28)
- **Periodontist asking $539K for Town & Country 4BD (/news/story/201616/)** (JUL 28)
- **Washington University business manager selling in West County (/news/story/201618/)** (JUL 25)
- **Banking exec spends $475K in Town & Country (/news/story/201646/)** (JUL 25)

### Sales Volume    ■ 2008 ■ 2007 ■ 2006



Browse **2008** sales by month:

JAN (/months/2008/1/) | FEB (/months/2008/2/) | MAR (/months/2008/3/) | APR (/months/2008/4/) | MAY (/months/2008/5/) | JUN (/months/2008/6/) | JUL (/months /2008/7/) | AUG (/months/2008/8)

Browse **2007** sales by month:

JAN (/months/2007/1/) | FEB (/months/2007/2/) | MAR (/months/2007/3/) | APR (/months/2007/4/) | MAY (/months/2007/5/) | JUN (/months/2007/6/) | JUL (/months /2007/7/) | AUG (/months/2007/8/) | SEP (/months/2007/9/) | OCT (/months/2007/10/) | NOV (/months/2007/11/) | DEC (/months/2007/12/)

Browse **2006** sales by month:

JAN (/months/2007/1/) | FEB (/months/2007/2/) | MAR (/months/2007/3/) | APR (/months/2007/4/) | MAY (/months/2007/5/) | JUN (/months/2007/6/) | JUL (/months/2007/7/) | AUG (/months/2007/8/) | SEP (/months/2007/9/) | OCT (/months/2007/10/) | NOV (/months/2007/11/) | DEC (/months/2007/12)

Previous years: **2005 (/months/2005/)** | **2004 (/months/2004/)** | **2003 (/months/2003/)** | **2002 (/months/2002/)** | **2001 (/months/2001/)** | **2000 (/months/2000/)** | **1999 (/months/1999/)** | **1998 (/months/1998/)**

Search Buyers/Sellers: [                    ] [ Go ]



DIRECTV

Our best offer of the year!
Get DIRECTV FREE for 4 months.
WHEN YOU SIGN UP FOR NFL SUNDAY TICKET™ FOR $74.99/MO. FOR 4 MONTHS.

ORDER TODAY

Offer ends 9/30/08
New customers only.

LEGAL >

**Your Ad Here (http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626761&afsid=1)**

### Median Sale Price (All)    ■ 2008 ■ 2007 ■ 2006



| City | YTD Median Price | YTD Home Sales |
|---|---|---|
| **Ladue (/cities/ladue)** | $ 714K | 194 |



| City | YTD Median Price | YTD Home Sales |
|---|---|---|
| Town & Country (/cities /town_and_country) | $ 683K | 154 |
| Clayton (/cities/clayton) | $ 511K | 302 |
| Des Peres (/cities/des_peres) | $ 356K | 143 |
| Wildwood (/cities/wildwood) | $ 355K | 707 |
| Other Cities | | |

**Foreclosures** ■ 2008 ■ 2007 ■ 2006

(/foreclosures)



| City | 2007 FCs | 2006 FCs | Trend |
|---|---|---|---|
| Vinita Terrace (/foreclosures /years/2007/83) | 5 | 1 | ▲ 400.0% |
| Beverly Hills (/foreclosures /years /2007/8) | 19 | 4 | ▲ 375.0% |
| Edmundson (/foreclosures /years/2007/27) | 4 | 1 | ▲ 300.0% |
| Ladue (/foreclosures/years /2007/47) | 12 | 3 | ▲ 300.0% |
| Charlack (/foreclosures/years /2007/15) | 3 | 1 | ▲ 200.0% |
| See all cities... (/foreclosures) | | | |

Copyright © 2008 StLouis.BlockShopper.com (/) . | About/Contact Us (/about/)

More BlockShopper cities: Chicago (http://chicago.blockshopper.com/) · Las Vegas (http://lasvegas.blockshopper.com/) · South Florida (http://southflorida.blockshopper.com/)



HOME

**5.25%** APY* **Checking**

(http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626765&afsid=

(/)

- **News (/news/)**
- **Cities (/cities/)**

- **Schools (/schools/)**
- **ZIPs (/zips/)**
- **Condos (/condos/)**
- **Taxes (/taxes/)**
- **For Sale (/listings/)**
- **Agents (/agents/)**
- **Foreclosures (/foreclosures/)**
- **New Construction (/construction/)**

**Sign-in (/dashboard/)** / **Join (/signup/)** BlockShopper today!

NEW: BlockShopper Unlisted (/unlisted)

AUGUST 8, 2007 8:25AM

# Blockshopper.com co-founder buys in Creve Coeur

*by Dan Fey, BlockShopper Staff*



102 Ladue Aire Dr.
Blockshopper.com co-founder Edward Weinhaus and his wife, Natalie, bought a five-bedroom, 3.5 bath at 102 Ladue Aire Dr. in Creve Coeur for $648,000 from Harold and Sheryll Gilbertson on June 20.

The Gilbertsons paid $499,000 for the 4,015 square foot home in April 2001. It was built in 1983.

Formerly a real estate investor, Mr. Weinhaus helped co-found **Blockshopper.com (http://chicago.blockshopper.com/welcome/)** with Chicago native Brian Timpone in March 2006. Mr. Weinhaus oversees operations for the St. Louis version of Blockshopper, which also offers a Chicago site and is planning a nationwide rollout in 2007-08.

The sites fuse local real estate data and community news.

Mr. Weinhaus previously was a principal with **Houston Buyers/Oak Willow Builders (http://www.oakwillowbuilders.com/about/)** , a real estate investment firm in Houston founded in 2003. He also founded **HoustonRealNews.com (http://www.houstonrealnews.com/)** , an advertiser-supported online real estate newspaper serving the Houston area.

A licensed realtor, Weinhaus has bought and sold 150 residential properties.

Prior to entering real estate, Weinhaus worked in an executive capacity with Columbus-based American Electric Power (AEP), Chicago venture consulting firm JumpStart Capital Partners, Boston Consulting Group and golf resort owner KSL Recreation.

He also advised on the start-up of GolfSpan.com and ePrairie.com.

Weinhaus began his business career as a derivatives trader for Swiss Bank-O'Connor in Chicago.

Mr. Weinhaus received his M.B.A. from the University of Chicago and is a graduate of the London School of Economics.

**Address:** 102 Ladue Aire Drive (/property/18P240383/102_ladue_aire_drive/)
**Buyer(s):** Edward A Weinhaus (Husband) and Natalie B Weinhaus (Wife)
**Seller(s):** Harold K Gilbertson (Husband) and Sheryll Gilbertson (Wife)
**Sale date:** 2007-06-20

*Have a story idea for us? Email the BlockShopper newsroom -- news@blockshopper.com (mailto:news@blockshopper.com) , Be sure to include the property address.*

Blockshopper.com co-founder buys in Creve Coeur



Your Ad Here (http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626761&afsid=1)
Copyright © 2008 StLouis.BlockShopper.com (/) . | About/Contact Us (/about/)



with Lucid Realty

| Home | News | Sold Homes | About Us |

APRIL 23

## New Jones Day lawyer spends $760K on Sheffield
*by James Trotter*

Jacob C. Tiedt and his wife, Erin Shencopp, bought a three-bedroom, 2.1 bath at 2048 N. Sheffield Ave. in Lincoln Park for $760,000 from the Cartus Financial Corporation on March 24.

Unit #1 is one of three in the building.

Tiedt is an associate in the Chicago office of international law firm Jones Day. He practices corporate law with a focus on capital markets transactions for the firm, which he joined earlier this year.

He previously spent three years as an attorney at Simpson, Thacher & Bartlett in New York City and two years with Baker & Hostetler in Columbus, Ohio.

He earned his J.D. from the University of Michigan (2003) and his bachelor's in economics and German from Michigan State University (2000).

**Address**: 2048 N. Sheffield Ave., Unit #1
**Buyer**: Jacob C. Tiedt and Erin Shencopp
**Seller**: Cartus Financial Corporation
**Sale date**: March 24



Mr. Tiedt



2048 N. Sheffield Ave.

Property Location



### Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[        ] Join

Search Who Bought, Who Sold and For How Much Throughout Chicago – for Free!!!

>> E-mail this article to a friend

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



| Home | News | Sold Homes | About Us |

JULY 7

## Jones Day attorney spends $463K on Buckingham Pl.
*by Dan Fey*

Dan Malone Jr. bought a two-bedroom, two bath condo at 859 W. Buckingham Place in Lake View for $463,000 from Amy Bollinger on May 16.

Bollinger paid $452,500 for Unit #2 in Aug. 2005. There are four units in the building.

Malone is an associate in the Chicago office of global law firm Jones Day. He specializes in general corporate law, with a focus on private equity transactions, leveraged buyouts as well as mergers and acquisitions.

He earned his J.D. from Boston College (2006) and his bachelor's from Fordham University in New York City ('03).

**Address**: 859 W. Buckingham Place, Unit #2
**Buyer**: Dan Malone Jr.
**Seller**: Amy Bollinger
**Sale date**: May 16
>> E-mail this article to a friend



Mr. Malone



859 W. Buckingham Place

Property Location



## Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[          ] Join

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use

**Exhibit 2 to the Supplemental Declaration of Kristy Posch**



| Home | News | Sold Homes | About Us |

APRIL 23

## New Jones Day lawyer spends $760K on Sheffield
*by James Trotter*

Property Location



Jacob C. Tiedt and his wife, Erin Shencopp, bought a three-bedroom, 2.1 bath at 2048 N. Sheffield Ave. in Lincoln Park for $760,000 from the Cartus Financial Corporation on March 24.

Unit #1 is one of three in the building.



2048 N. Sheffield Ave.

Tiedt is an associate in the Chicago office of international law firm Jones Day. He practices corporate law with a focus on capital markets transactions for the firm, which he joined earlier this year.

He previously spent three years as an attorney at Simpson, Thacher & Bartlett in New York City and two years with Baker & Hostetler in Columbus, Ohio.

He earned his J.D. from the University of Michigan (2003) and his bachelor's in economics and German from Michigan State University (2000).

**Address**: 2048 N. Sheffield Ave., Unit #1
**Buyer**: Jacob C. Tiedt and Erin Shencopp
**Seller**: Cartus Financial Corporation
**Sale date**: March 24

Search Who Bought, Who Sold and For How Much Throughout Chicago – for Free!!!

>> E-mail this article to a friend

### Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[                    ] Join

Copyright © 2006-07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



## Professional Biography - Profile

### Jacob C. Tiedt



Associate
Chicago
Tel: 1.312.269.4357
Fax: 1.312.782.8585
Email: jtiedt@jonesday.com

Profile | Experience

**RELATED SERVICES**
- Capital Markets

Jacob Tiedt practices corporate law with a focus on capital markets transactions. His capital markets experience includes the representation of issuers and underwriters in public offerings and private placements of securities. Jacob also regularly advises on securities compliance, disclosure, corporate governance, and other general corporate matters. In addition, he has experience representing investment advisers, registered investment companies, and private investment funds on business and compliance matters.

Prior to joining Jones Day in 2008, Jacob served as an attorney at Simpson Thacher & Bartlett in New York City from 2005 to 2008 and at Baker & Hostetler in Columbus, Ohio from 2003 to 2004.

**Admitted**
New York

**Education**
Michigan State University (B.A. in Economics with high honors 2000; B.A. in German with high honors 2000; Phi Beta Kappa); University of Michigan (J.D. cum laude 2003; Production Editor, Michigan Journal of International Law)

**Languages**
German





## OUR EXPERIENCE

### H&R Block Inc.

Sale of the mortgage loan servicing business of Option One Mortgage Corporation

$1.1 billion sale of the mortgage loan servicing business of Option One Mortgage Corporation to WL Ross & Co. LLC.

READ MORE

**Select a Language**

English
Español
Deutsch
Français
Italiano
Русский
日本語
简体中文
繁體中文

**News & Achievements**

Jones Day Partner David A. Kutik Receives ABA Pro Bono Publico Award
August 2008

Munich Partners Ansgar Rempp and Tom Mahlich Have Been Invited to Join the German Ministry of Justice in Roundtable Discussion on New Corporate Criminal Liability Laws
August 2008

Jones Day Adds Two Veteran Intellectual Property Partners to San Francisco Office
August 2008

Jones Day's Bernard Amory Named World's Leading Regulatory Communications Lawyer for Fourth Consecutive Year
August 2008

Mentor Wins Motion to Dismiss Putative Class Action in Missouri
August 2008

China Anti-Monopoly Law to Alter Deal Landscape: Prohibiting Certain Competitive Conduct and Requiring Approvals of Certain Mergers and Acquisitions
August 2008

**Publications** RSS

Everything You Always Wanted to Know About a Public Employer's Ability to Modify Retiree Benefits but Were Too Afraid to Ask - United States
August 2008

The China Anti-Monopoly Law Becomes Effective - Asia
August 2008

The *CSX* Decision Regarding Beneficial Ownership and Group Formation - United States
August 2008



| Home | News | Sold Homes | About Us |

**JULY 7**

## Jones Day attorney spends $463K on Buckingham Pl.

*by Dan Fey*

Dan Malone Jr. bought a two-bedroom, two bath condo at 859 W. Buckingham Place in Lake View for $463,000 from Amy Bollinger on May 16.

Bollinger paid $452,500 for Unit #2 in Aug. 2005. There are four units in the building.



859 W. Buckingham Place

Malone is an associate in the Chicago office of global law firm Jones Day. He specializes in general corporate law, with a focus on private equity transactions, leveraged buyouts as well as mergers and acquisitions.

He earned his J.D. from Boston College (2006) and his bachelor's from Fordham University in New York City ('03).

**Address:** 859 W. Buckingham Place, Unit #2
**Buyer:** Dan Malone Jr.
**Seller:** Amy Bollinger
**Sale date:** May 16
>> E-mail this article to a friend

**Property Location**



### Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[            ] Join

Copyright © 2006-07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



## Professional Biography - Profile

### Daniel P. Malone Jr. (Dan)



Associate
Chicago
Tel: 1.312.269.4115
Fax: 1.312.782.8585
Email: dpmalone@jonesday.com

Profile | Experience

**RELATED SERVICES**
- Private Equity

Dan Malone practices in the area of general corporate law, with a focus on private equity transactions, leveraged buyouts, and mergers and acquisitions. He has represented buyers, sellers, and their financial advisors in acquisitions and divestitures, restructurings, joint ventures, and other strategic alliances. Dan also provides general corporate counseling to private equity funds and their portfolio companies. Recently, he has advised The Riverside Company, Fidelity Equity Partners, Resilience Capital Partners, FleetPride, Benford Capital Partners, and H.I.G Capital.

Dan is a member of The Chicago Bar Association and the Illinois State Bar Association.

**Admitted**
Illinois

**Education**
Fordham University (B.A. 2003); Boston College (Lefkowitz National Moot Court; J.D. 2006)

---





## OUR EXPERIENCE

**H&R Block Inc.**

Sale of the mortgage loan servicing business of Option One Mortgage Corporation

$1.1 billion sale of the mortgage loan servicing business of Option One Mortgage Corporation to WL Ross & Co. LLC.

READ MORE

**Select a Language**

English
Español
Deutsch
Français
Italiano
Русский
日本語
简体中文
繁體中文

**News & Achievements**

Jones Day Partner David A. Kutik Receives ABA Pro Bono Publico Award
August 2008

Munich Partners Ansgar Rempp and Tom Mahlich Have Been Invited to Join the German Ministry of Justice in Roundtable Discussion on New Corporate Criminal Liability Laws
August 2008

Jones Day Adds Two Veteran Intellectual Property Partners to San Francisco Office
August 2008

Jones Day's Bernard Amory Named World's Leading Regulatory Communications Lawyer for Fourth Consecutive Year
August 2008

Mentor Wins Motion to Dismiss Putative Class Action in Missouri
August 2008

China Anti-Monopoly Law to Alter Deal Landscape: Prohibiting Certain Competitive Conduct and Requiring Approvals of Certain Mergers and Acquisitions
August 2008

**Publications** RSS

Everything You Always Wanted to Know About a Public Employer's Ability to Modify Retiree Benefits but Were Too Afraid to Ask - United States
August 2008

The China Anti-Monopoly Law Becomes Effective - Asia
August 2008

The *CSX* Decision Regarding Beneficial Ownership and Group Formation - United States
August 2008