# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JONES DAY,<br>a General Partnership,<br><br>      Plaintiff,<br><br>      v.<br><br>BlockShopper.com,<br>an unincorporated business entity,<br><br>and<br><br>Brian Timpone,<br>d/b/a Blockshopper.com,<br>an individual,<br><br>and<br><br>Edward Weinhaus,<br>d/b/a Blockshopper.com,<br>an individual,<br><br>      Defendants. | Case No.: 08CV4572<br><br>Judge John Darrah<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

CHI-1664126v1

Dated:  August 13, 2008                                  Respectfully submitted,


By: /s/ Irene S. Fiorentinos
    Paul W. Schroeder
    Illinois State Bar No. 2509113
    pwschroeder@jonesday.com
    Irene S. Fiorentinos
    Illinois State Bar No. 6188533
    ifiorentinos@jonesday.com
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, Illinois 60601-1692
    Telephone:  (312) 782-3939
    Facsimile:  (312) 782-8585

    Meredith M. Wilkes
    N.D. Illinois Bar No. 90785056
    mwilkes@jonesday.com
    Robert P. Ducatman
    rducatman@jonesday.com
    James W. Walworth Jr.
    jwalworth@jonesday.com
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone:  216-586-3939
    Facsimile:  216-579-0212

## CERTIFICATE OF SERVICE

I, Brent P. Ray, certify that on the 13th day of August 2008, during business hours, I caused true and correct copies of the (1) Complaint and Jury Demand (including Exhibits A-F), (2) Motion for Temporary Restraining Order and Memorandum in Support (including Exhibits A-F), (3) Notice of Motion, and (4) Supplemental Declaration of Kristy Posch in support of the Motion for Temporary Restraining Order to be served on the following via the methods listed below:

Blockshopper.com  *via hand-delivery and email*
timoneil@blockshopper.com
2000 North Racine Avenue
Chicago, Illinois 60614

_____
Brent P. Ray

CHI-1664126v1