# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JONES DAY, a General Partnership, | ) ) ) | Case No.: 08CV4572 |
| Plaintiff, | ) ) ) | Judge John Darrah |
| v. | ) ) | |
| BlockShopper.com, an unincorporated business entity, | ) ) ) ) | |
| and | ) ) | |
| Brian Timpone, d/b/a Blockshopper.com, an individual, | ) ) ) ) ) | |
| and | ) ) | |
| Edward Weinhaus, d/b/a Blockshopper.com, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE

Plaintiff Jones Day hereby requests that the filing fee of $350 bearing receipt no. 3014350 be refunded to the charged credit card (or by other means).  This filing fee was made in error, and is a duplicate payment.  A separate $350 filing fee bearing receipt no. 3014447 corresponds to the Complaint filed in this case.

CHI-1664280v1

Dated: August 14, 2008							Respectfully submitted,


By: */s/ Paul W. Schroeder*
    Paul W. Schroeder
    Illinois State Bar No. 2509113
    pwschroeder@jonesday.com
    Irene S. Fiorentinos
    Illinois State Bar No. 6188533
    ifiorentinos@jonesday.com
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, Illinois 60601-1692
    Telephone: (312) 782-3939
    Facsimile: (312) 782-8585

    Meredith M. Wilkes
    N.D. Illinois Bar No. 90785056
    mwilkes@jonesday.com
    Robert P. Ducatman
    rducatman@jonesday.com
    James W. Walworth Jr.
    jwalworth@jonesday.com
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: 216-586-3939
    Facsimile: 216-579-0212