UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONES DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.  08CV4572 |
| v. ) | Judge John Darrah |
| ) | |
| BLOCKSHOPPER.COM, BRIAN ) | JURY TRIAL DEMANDED |
| TIMPONE, and EDWARD WEINHAUS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF JONES DAY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Jones Day states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

- 2 -

Dated:  August 19, 2008              Respectfully submitted,

By: */s/ Paul W. Schroeder*
    Paul W. Schroeder
    Illinois State Bar No. 2509113
    pwschroeder@jonesday.com
    Irene S. Fiorentinos
    Illinois State Bar No. 6188533
    ifiorentinos@jonesday.com
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, Illinois 60601-1692
    Telephone:  (312) 782-3939
    Facsimile:  (312) 782-8585

    Meredith M. Wilkes
    N.D. Illinois Bar No. 90785056
    mwilkes@jonesday.com
    Robert P. Ducatman
    rducatman@jonesday.com
    James W. Walworth Jr.
    jwalworth@jonesday.com
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone:  216-586-3939
    Facsimile:  216-579-0212

- 2 -

CHI-1664798v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2008, a true and correct copy of the above and foregoing document has been forwarded to the following counsel by the method indicated below

Martin B. Carroll                                               Via Email Delivery
mcarroll@fhslc.com
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison, Suite 3000
Chicago, Illinois 60606


                                                                    */s/Brent P. Ray*