# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4572 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Jones Day vs. BlockShopper.com | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for a temporary restraining order [4] is withdrawn without prejudice with leave to re-file. Enter Stipulation and Order. Settlement conference set for 8/26/08 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|