**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JONES DAY,<br>a General Partnership, | ) ) ) | Case No.: 08CV4572 |
| Plaintiff, | ) ) | Judge John Darrah |
| v. | ) ) | |
| BlockShopper LLC,<br>d/b/a Blockshopper.com,<br>a Missouri Limited Liability Corporation, | ) ) ) ) | |
| and | ) ) | |
| Brian Timpone,<br>d/b/a Blockshopper.com,<br>an individual, | ) ) ) ) | |
| and | ) ) | |
| Edward Weinhaus,<br>d/b/a Blockshopper.com,<br>an individual, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT AND JURY DEMAND

COMES NOW, Plaintiff, Jones Day, and for its Amended Complaint against the

Defendants, alleges as follows:

**NATURE OF THE ACTION**

1.      This is a civil action against Defendants for their acts of service mark infringement, service mark dilution, false designation of origin and deceptive trade practices.

**PARTIES, JURISDICTION AND VENUE**

2.      At all times relevant hereto, Plaintiff, Jones Day, was and is a general partnership engaged in the profession and practice of law with an office in Illinois located at 77 West Wacker, Chicago, Illinois 60601-1692.

3.      At all times relevant hereto, upon information and belief, the Defendant, Blockshopper LLC was and is a Missouri Limited Liability Corporation which has a place of business at 2000 North Racine Avenue, Chicago, Illinois 60614.

4.      At all times relevant hereto, upon information and belief, the Defendant, Brian Timpone was and is an individual whose address is 2024 North Racine Avenue, Apartment D, Chicago, Illinois 60614.

5.      At all times relevant hereto, upon information and belief, the Defendant, Edward Weinhaus was and is an individual whose address is 102 Ladue Aire Drive, Saint Louis, Missouri 63141.

6.      This Court has jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.  This Court has jurisdiction over Jones Day's common law claims pursuant to 28 U.S.C. §§ 1332 and 1367.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) in that a substantial part of the events giving rise to the claims at issue occurred in this District.  Jones Day is also suffering from the effects of Defendants' conduct in this District.

## FACTS COMMON TO ALL COUNTS

### Jones Day's Famous Service Marks

8.      Tracing its origins to 1893 in Cleveland, Ohio, Jones Day is one of the world's largest and most famous law firms, with more than 2,200 lawyers resident in 30 geographically diverse locations, worldwide.

9.      In the United States, Jones Day maintains offices in Atlanta, Georgia; Chicago, Illinois; Cleveland, Ohio; Columbus, Ohio; Dallas, Texas; Houston, Texas; Irvine, California; Los Angeles, California; New York, New York; Palo Alto, California; Pittsburgh, Pennsylvania; San Diego, California; San Francisco, California; and Washington, D.C.

10.     Jones Day's international practice is also significant and expanding.  In addition to representing a large number of its United States-based clients in international matters, Jones Day represents many major companies based in Europe, the Middle East, Asia and Latin America.  Jones Day maintains a significant presence in the principal legal and regulatory capitals of the world.  In Europe, more than 400 lawyers are based in Brussels, Belgium; Frankfurt, Germany; London, England; Madrid, Spain; Milan, Italy; Moscow, Russia; Munich, Germany; and Paris, France.  In Asia, more than 200 lawyers are based in Beijing, China; Hong Kong, People's Republic of China; Shanghai, China; Singapore; Taipei, Taiwan; and Tokyo, Japan.  Jones Day also has offices in Sydney, Australia.

11.     Jones Day is fortunate to have been selected to act as principal outside counsel to, or provide significant legal representation for, more than half of the *Fortune* 500 companies, as well as to a wide variety of other entities, including privately held companies, financial institutions, investment firms, health care providers, retail chains, foundations, educational institutions and individuals.

12.     Surveys repeatedly list Jones Day as one of the law firms most frequently engaged by domestic corporations, and many of the Firm's lawyers have achieved national recognition in their disciplines.  Jones Day has been ranked first among litigation departments in the United States, and consistently ranks among the finest litigation departments in the United States.

13.     In October 2005, Jones Day, for the third time in five years, topped the BTI Consulting Group's National Survey of Client Service Performance for Law Firms.  Jones Day is one of only two law firms honored in 2005 as a member of the BTI Client Service Hall of Fame. This exclusive list includes law firms that clients rank in the BTI Client Service Top Ten for five years in a row.

14.     Jones Day is the owner of two United States Service Mark Registrations, Numbers 2,316,539 and 2,212,877, for the mark JONES DAY in connection with "Legal Services" (collectively the "Jones Day Marks").  The Jones Day Marks are incontestable.  Copies of these Registrations are attached hereto as Exhibits A and B respectively.

15.     As a result of the high quality of legal services it has provided to its clients for more than a century and its reputation as one of the premier law firms in the United States (and the world), Jones Day's name and service marks have become very valuable assets and are famous.  Since at least as early as July 1983, Jones Day has used the service mark JONES DAY to identify the legal services the Firm provides.  The Firm has used the service mark JONES DAY in commerce in various other forms since at least 1939.

16.     Since 1983, Jones Day has spent millions of dollars marketing its services worldwide using the Jones Day Marks.  As a direct result of the time and effort promoting the Jones Day Marks, Jones Day's clients, its competitors and the general public have come to

associate high quality legal services provided by Jones Day by its use of the name and service mark JONES DAY in both word and stylized forms.

17. Jones Day vigorously protects its rights in and to the Jones Day Marks. For example, in March 2000, Jones Day sued a cybersquatter who had registered and was using website domain names that incorporated the Jones Day Marks. Judge Nugent of the United States District Court for the Northern District of Ohio enjoined that cybersquatter from posting any content on websites at the domain names "www.jonesdayreavis.com," "www.jonesdayreavispogue.com," and "www.jonesdayreavisandpogue.com" or from registering any domain name that is identical or confusingly similar to any registered or common law service mark of Jones Day, including, but not limited to, the Jones Day Marks.

18. A similar result was reached in November 2005. Jones Day sued an individual who had registered and was using www.jonesdays.com to disparage Jones Day. Judge Economus of the United States District Court for the Northern District of Ohio enjoined that individual from posting any content on the web site located at www.jonesdays.com, from registering any domain name that is identical or confusingly similar to any registered or common law service mark of Jones Day, including, but not limited to, the Jones Day Marks, and from engaging in any conduct which dilutes or infringes Jones Day's rights in and to the Jones Day Marks. Jones Day also was awarded costs, statutory damages and attorneys' fees.

19. In 2006, Jones Day again successfully enforced its service marks against improper internet usage. Jones Day sued for trademark dilution in the United States District Court for the Northern District of Ohio (Case No. 1:06CV01174). The suit ultimately settled when the defendant agreed to refrain from referencing or using, directly or indirectly, "Jones Day" or the Jones Day Service Marks.

**Defendants' Unlawful Conduct**

20.    Upon information and belief, Defendants Weinhaus and Timpone co-founded, registered and own the internet web site located at the domain www.blockshopper.com (the "Web Site").  Attached hereto as Exhibit C, and incorporated herein by reference, are true and correct screenshots of the Web Site that an internet user sees when it types in the domain name www.blockshopper.com.

21.    Defendants Weinhaus and Timpone are now members of Defendant Blockshopper LLC; and, together, these three Defendants have done, and are now doing, business as Blockshopper.com and use the Web Site to operate that business.

22.    Blockshopper.com is a business predicated upon gathering and publishing details of private residential real estate transactions.

23.    Upon information and belief, Defendants publish this information in a scheme to solicit advertisements and garner advertising income: "BlockShopper.com offers special advertising and sponsorship packages created to meet your local customer acquisition or brand-building needs."  See Exhibit C.

24.    In order to make the Web Site more attractive to potential advertisers, Defendants use the service marks of others, link to web sites owned by others, and use material from web sites belonging to others.  Id.

25.    On at least two occasions, Defendants have used the Jones Day Service Marks and linked "articles" on the Web Site to the Jones Day web site.  See Exhibit D.

26.    The Defendants have and continue to use proprietary materials from the Jones Day web site on the Web Site.  A review of the content of the Web Site reveals that the photographs of at least two Jones Day associates are identical to the photographs which appear on the Jones Day web site.  Id.

27.    Defendants have no business connection or association with Jones Day.

28.    Use of the Jones Day Marks, the links to the Jones Day web site and the use of proprietary information from the Jones Day web site creates the false impression that Jones Day is affiliated with and/or approves, sponsors or endorses the business conducted by the Defendants.  Such an impression is false and disparages Jones Day and the Jones Day Marks.

29.    Upon information and belief, Defendants first used the Jones Day Marks and materials from the Jones Day web site in April of 2008.

30.    Jones Day did not become aware of the use of its Marks and proprietary web site content until July of 2008.

31.    After Jones Day became aware of the use of its Marks, and its proprietary web site content, it contacted Defendants on July 10, 2008, and requested that the Defendants cease all use of the Jones Day Marks, cease linking to the Jones Day web site and cease use of Jones Day's proprietary web site content.  A true and correct copy of Jones Day's correspondence to Defendants is attached hereto at Exhibit E and is incorporated herein by reference.

32.    Jones Day did not receive a response to its correspondence.  On July 17, 2008, Jones Day again contacted Defendants and requested that the Defendants cease all use of the Jones Day Marks, cease linking to the Jones Day web site and cease use of Jones Day's proprietary web site content.  A true and correct copy of Jones Day's correspondence to Defendants is attached hereto at Exhibit F and is incorporated herein by reference.

33.    Prior to the filing of this suit, Defendants have never responded to Jones Day's repeated requests to cease the use of its intellectual property.

34.    Jones Day has never authorized Defendants to use any intellectual property owned by Jones Day, including the Jones Day Marks.

35.     As of the date of the filing of this Complaint, Defendants have failed to cease their unauthorized unlawful and disparaging use of Jones Day's intellectual property.

## COUNT I
## SERVICE MARK INFRINGEMENT
## 15 U.S.C. §§ 1114 AND 1125(a)

36.     Jones Day incorporates each and every allegation of Paragraphs 1-35 of this Complaint as though fully set forth herein.

37.     Jones Day's use of the Jones Day Marks predates any alleged use by Defendants in the United States.

38.     Defendants' use of the Jones Day Marks, in connection with their real estate advertisement scheme, is likely to deceive and cause confusion and mistake among customers as to the source or origin of the services provided or offered for sale by Defendants and the affiliation of Jones Day with those services and/or the sponsorship or endorsement of those services by Jones Day.

39.     Jones Day has never authorized, licensed or otherwise condoned or consented to Defendants' use of the Jones Day Marks.

40.     Defendants have misappropriated and continue to misappropriate Jones Day's substantial property rights in the Jones Day Marks, as well as the goodwill associated therewith. Unless restrained and enjoined by this Court, such conduct will continue and will permit Defendants to improperly interfere with Jones Day's continued promotion and expansion of the Jones Day Marks.

41.     As a result of Defendants' ongoing unlawful activities, Jones Day continues to suffer irreparable harm.

42.     As a direct and proximate result of Defendants' unlawful activities, Jones Day has and continues to suffer damages in an amount that is not presently ascertainable, but will be established at trial.

## COUNT II
## FEDERAL FALSE DESIGNATION OF ORIGIN
## 15 U.S.C. § 1125(a)

43.     Jones Day incorporates each and every allegation of Paragraphs 1-42 of this Complaint as though fully set forth herein.

44.     Defendants' use of the Jones Day Marks, in connection with their real estate advertisement scheme, is likely to deceive and cause confusion among consumers as to the source of origin of the services offered by Defendants and the sponsorship or endorsement of those services by Jones Day.

45.     Jones Day has never authorized, licensed or otherwise condoned or consented to Defendants' use of the Jones Day Marks.

46.     Defendants have misappropriated and continue to misappropriate Jones Day's substantial property rights in the Jones Day Marks, as well as the goodwill associated therewith. Unless restrained and enjoined by this Court, such conduct will permit Defendants to gain an unfair competitive advantage over Jones Day and allow Defendants to improperly interfere with Jones Day's continued promotion and expansion of its business.

47.     The acts of Defendants alleged above were committed willfully, with full knowledge of Jones Day's rights and with the intention to deceive and mislead the public.

48.     The acts of Defendants alleged above were committed willfully, with full knowledge of Jones Day's rights and with the intention of causing harm to Jones Day.

49.    The acts of Defendants alleged above were committed willfully, with full knowledge of Jones Day's rights and with the intention of misappropriating and wrongfully trading upon the valuable goodwill and reputation of Jones Day and the Jones Day Marks.

50.    Defendants will continue their ongoing acts of false designation of origin, causing irreparable injury to Jones Day, unless such activities are enjoined by this Court.

51.    As a direct and proximate result of Defendants' unlawful activities, Jones Day has and continues to suffer damages in an amount that is not presently ascertainable, but will be established at trial.

**COUNT III**
**FEDERAL SERVICE MARK DILUTION, 15 U.S.C. § 1125(c)**

52.    Jones Day incorporates each and every allegation of Paragraphs 1-51 of this Complaint as though fully set forth herein.

53.    The Jones Day Marks have acquired fame in the United States.

54.    Defendants began using the Jones Day Marks after they became famous.

55.    Defendants' use of the Jones Day Marks is diluting and blurring the distinctiveness of the Jones Day Marks.

56.    Defendants' use of the Jones Day Marks is disparaging the distinctiveness of the Jones Day Marks.

57.    Defendants have diluted the famous Jones Day Marks.

58.    Defendants will continue their acts of dilution, causing irreparable injury to Jones Day, unless such activities are enjoined by this Court.

59.    As a direct and proximate result of Defendants' acts of dilution, Jones Day has and continues to suffer damages in an amount that is not presently ascertainable, but will be established at trial.  Jones Day is entitled to all available remedies provided for in 15 U.S.C.

§§ 1117, 1118 and 1125, including preliminary and permanent injunctive relief, Defendants'

profits, treble damages, costs and reasonable attorneys' fees.

**COUNT IV**
**UNFAIR BUSINESS PRACTICES UNDER THE**
**ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT**

60.     Jones Day incorporates each and every allegation of Paragraphs 1-59 of this

Complaint as though fully set forth herein.

61.     Defendants' activities set forth above have caused and will continue to cause a

likelihood of confusion or misunderstanding as to the sponsorship, approval, affiliation or

connection of Defendants with Jones Day.

62.     In addition, Defendants' activities have given rise to and will continue to give rise

to the incorrect belief that Defendants have some connection with Jones Day, irreparably

damaging Jones Day's goodwill and reputation, in violation of the Illinois Uniform Deceptive

Trade Practices Act (815 ILCS 510/1 et seq.).

63.     As a direct and proximate result of Defendants' actions, Jones Day has and

continues to suffer irreparable harm.

64.     As a direct and proximate result of the Defendants' actions, Jones Day has and

continues to suffer damages in an amount which is not presently ascertainable, but will be

established at trial.

**COUNT V**
**ILLINOIS COMMON LAW INFRINGEMENT AND UNFAIR COMPETITION**

65.     Jones Day incorporates each and every allegation of Paragraphs 1-64 of this

Complaint as though fully set forth herein.

11

66.     By virtue of Jones Day's continuous use of the Jones Day Marks in connection with legal services, Jones Day owns and enjoys common law rights in the Jones Day Marks in the State of Illinois.

67.     Defendants have committed common law infringement and unfair competition by referring to "Jones Day" in promoting their real estate advertisement scheme.  The public is likely to believe that Defendants' services are affiliated with, connected to, or associated with Jones Day.  Defendants' use of the Jones Day Marks is likely to cause confusion or mistake or deception of the public as to the affiliation of the services provided by Defendants.

68.     Defendants' acts are fraudulent and calculated to cause deception and confusion.

69.     Defendants have engaged in infringement and unfair competition in violation of the common law of the State of Illinois.

70.     As a direct and proximate result of Defendants' actions, Jones Day has and continues to suffer irreparable harm.

71.     As a direct and proximate result of Defendants' actions, Jones Day has and continues to suffer damages in an amount which is not presently ascertainable, but will be established at trial.

**WHEREFORE**, Jones Day prays that this Court enter an Order:

A.     Preliminarily and permanently enjoining Defendants, or anyone else acting in concert with it, or on its behalf, from:

1.     Using any reproduction or colorable imitation of the Jones Day Marks, or any mark confusingly similar thereto;

2.     Linking to and/or using any materials from the Jones Day web site www.jonesday.com;

3.      Engaging in any other conduct that suggests or tends to suggest to the public that Defendants are in any manner, directly or indirectly, affiliated, connected or associated with Jones Day or that the Defendants' services, goods or commercial activities originate from or are sponsored or approved by Jones Day;

B.      Requiring Defendants to account to Jones Day for all profits made by it in connection with any and all commercial activity relating to its use of the Jones Day Marks;

C.      Awarding to Jones Day the damages it sustained as a result of Defendants' wrongful acts;

D.      Awarding to Jones Day Defendants' profits pursuant to 15 U.S.C. § 1117;

E.      Awarding to Jones Day treble damages pursuant to 15 U.S.C. § 1117;

F.      Awarding to Jones Day its costs and attorneys' fees pursuant to 15 U.S.C. § 1117;

G.      Awarding to Jones Day punitive damages as a result of Defendants' wrongful acts; and

H.      Granting Jones Day any further relief that the Court deems to be just and proper.

## JURY DEMAND

Jones Day respectfully requests a trial by jury on all issues triable thereby.


Dated:  August 28, 2008                    Respectfully submitted,


                                           By: */s/ Irene S. Fiorentinos*
                                                Paul W. Schroeder
                                                Illinois State Bar No. 2509113
                                                pwschroeder@jonesday.com
                                                Irene S. Fiorentinos
                                                Illinois State Bar No. 6188533
                                                ifiorentinos@jonesday.com
                                                JONES DAY
                                                77 West Wacker Drive, Suite 3500
                                                Chicago, Illinois 60601-1692
                                                Telephone:  (312) 782-3939
                                                Facsimile:  (312) 782-8585

                                                Meredith M. Wilkes
                                                N.D. Illinois Bar No. 90785056
                                                mwilkes@jonesday.com
                                                Robert P. Ducatman
                                                rducatman@jonesday.com
                                                James W. Walworth Jr.
                                                jwalworth@jonesday.com
                                                JONES DAY
                                                North Point
                                                901 Lakeside Avenue
                                                Cleveland, Ohio 44114
                                                Telephone:  216-586-3939
                                                Facsimile:  216-579-0212

**Exhibit A to Complaint**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,316,539

## United States Patent and Trademark Office

Registered Feb. 8, 2000

### SERVICE MARK
### PRINCIPAL REGISTER



JONES, DAY, REAVIS & POGUE (PARTNER-
SHIP)
NORTH POINT
901 LAKESIDE AVENUE
CLEVELAND, OH 44114

FOR: LEGAL SERVICES, IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 3–0–1986; IN COMMERCE
3–0–1986.

OWNER OF U.S. REG. NO. 2,212,877.

SER. NO. 75–630,767, FILED 1–29–1999.

NANCY CLARKE, EXAMINING ATTORNEY

**<u>Exhibit B to Complaint</u>**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,212,877

Registered Dec. 22, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## JONES DAY

JONES, DAY, REAVIS & POGUE (PARTNER-
SHIP)
NORTH POINT, 901 LAKESIDE AVENUE
CLEVELAND, OH 44114

FOR: LEGAL SERVICES, IN CLASS 42 (U.S.
CLS. 100 AND 101).
FIRST USE 7–0–1983, FIRST USED IN AN-
OTHER FORM IN 1939; IN COMMERCE

7–0–1983, FIRST USED IN COMMERCE IN AN-
OTHER FORM IN 1939.

SER. NO. 75–384,524, FILED 11–4–1997.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

**Exhibit C to Complaint**





Launched in May 2006, <u>BlockShopper Chicago</u> covers Chicago's Lincoln Park and Lake View neighborhoods.



Launched in March 2007, BlockShopper St. Louis covers all of suburban St. Louis County, including news and data on nearly 225,000 home sales since 1998.

**S. Florida**

Launched in January 2008, BlockShopper South Florida covers all of Palm Beach and Broward counties.

**Las Vegas**

Launched in May 2008, BlockShopper Las Vegas covers all of Clark County, Nevada, with more than 15 years of sale data.

### What's BlockShopper?

As featured in the Chicago Tribune, BlockShopper is a local real estate news and market data service for current and aspiring homeowners.

Read our daily news stories and learn who's buying and who's selling in your neighborhood.

Or put prices in perspective with our comprehensive home sales database. BlockShopper is the ultimate research tool for home buyers, sellers and investors.

**Contact Us:** Media, Advertising & Business Dev.: brian@blockshopper.com · User/Homeowner Support: rob@blockshopper.com



**Home**   News   Sold Homes   About Us

AUGUST 11

## Northwestern Memorial radiologist buys N. Greenview townhome

*by Dan Fey*

Dr. Karin E. Dill bought a three-bedroom, three bath townhome at 2669 N. Greenview Ave. in Lincoln Park for $650,000 from Timothy and Dawn Walsh on June 10.

Read more...



2669 N. Greenview Ave.

Filed under: Lincoln Park | West Lincoln Park

AUGUST 11

## DuPont account manager sells for $483K on N. Halsted

*by Dan Fey*

Tara Zmyslo and Andrew Benedict sold their two-bedroom, two bath condo at 2719 N. Halsted in Lincoln Park for $483,000 to Jamie Smith on June 16.

Read more...



2719 N. Halsted

Filed under: Lincoln Park | Mid–North

**New Construction Condos**
Chicago New Condos For Sale Floor Plans, Prices, Delivery Dates

**Wrigleyville Townhouses**
Find Every Home in the Chicago MLS For Free. Thousands of Listings!



Ads by Google

AUGUST 11

## Investment exec sells for $509K on W. Lill

*by James Trotter*

Daniel M. Alfe and his wife, Amie, sold their three-bedroom, two bath condo at 817 W. Lill Ave. in Lincoln Park for $509,000 to Vito and Donata Falco on June 13.

Read more...



817 W. Lill Ave.

Filed under: Lincoln Park | Mid–North

AUGUST 8

## Real estate lawyer pockets $140K on W. Fullerton condo

*by James Trotter*

Charles D. Mangum and his wife, Rachel Story, sold their two-bedroom, two bath condo at 453 W. Fullerton Pkwy. in Lincoln Park for $500,000 to Jason Hartline on July 14. Read more...

Filed under: Lincoln Park | Mid–North



Mr. Mangum

### Chicago Real Estate

Select Neighborhood
Lincoln Park

Maximum Price
$350,000

Prop Type
Condominium

Bathrooms
0

Bedrooms
0

Search

**XML** BlockShopper News RSS Feed

### Subscribe

Get the latest Lincoln Park & Lake View home sales news, FREE delivered straight to your inbox.

Join

### Browse by Neighborhood

- Lake View
- Lincoln Park

### Browse by Street

- Addison St
- Aldine Ave
- Alta Vista Ter
- Altgeld St
- Arlington Pl
- Armitage Ave
- Ashland Ave
- Barry Ave
- Belden Ave
- Belle Pl
- **and more...**

### Browse by Price

- $ 50–99k
- $ 100–149k
- $ 150–199k
- $ 200–249k
- $ 250–299k
- $ 300–349k
- $ 350–399k
- $ 400–449k
- $ 450–499k
- $ 500–549k

**Chicago MLS Search**
Find Townhomes in the Chicago MLS For Free. Thousands of Listings!
◄►

**Lincoln Park Lofts**
Discover Your Next Chicago Loft! Search In Your Price Range Today.

Ads by Google

...ght © ...07

Browse by Sale Date
- Jul 20 – 26, 2008
- Jul 13 – 19, 2008
- Jul 6 – 12, 2008
- Jun 29 – Jul 5, 2008
- Jun 22 – 28, 2008
- Jun 15 – 21, 2008
- Jun 8 – 14, 2008
- Jun 1 – 7, 2008
- May 25 – 31, 2008
- May 18 – 24, 2008
- and older...

AUGUST 8

## New Feinberg chair spends $1.09M for Deming Place condo

*by James Trotter*

Dr. Douglas E. Vaughan bought a three-bedroom, 2.1 bath condo at 454 W. Deming Place in Lincoln Park for $1.09 million from Chicago developer Wexner/Greenberg Associates, Inc. on July 8. Read more...


Dr. Vaughan

Filed under: Lincoln Park / Wrightwood

BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use

AUGUST 8

## Indiana grad spends $468K for new N. Lincoln condo

*by Dan Fey*

Scott Boruff and Amanda Greiwe bought a two-bedroom, two bath condo at 2757 N. Lincoln Ave. in Lincoln Park for $468,00 from Impressionist Homes on Lincoln on June 23. Read more...



Filed under: Lincoln Park / Lincoln Central

Mr. Boruff

**Chicago, IL Townhomes**
Over 3 Million Properties for Sale. Free Listings by Price, Size, Area.
◄►

**Chicago Condo Surveying**
Land & property surveying services Please call today to find out more!

Ads by Google

AUGUST 7

## Dispute lawyer spends $1.5 million in Wrigleyville

*by Dan Fey*

James W. Hutchison bought a home at 3818 N. Wayne Ave. in Lake View for $1,502,500 from Tom Romano on July 10. Read more...


Mr. Huchison

Filed under: Lake View / Lakeview East

AUGUST 7

## IT consultant sells W. Barry condo for $435K

*by James Trotter*

Bradley Vesprini sold his three-bedroom, two bath condo at 728 W. Barry Ave. in Lake View for $435,000 to Gregory Heidemann on July 14. Read more...


728 W. Barry Ave.

Filed under: Lake View / Lakeview East

## Earlier Features

- [D.C. nonprofit specialist spends $575K on N. Wayne](#) (AUGUST 7)
- [Rush Medical psychiatrist sells W. Schubert home](#) (AUGUST 6)
- [Realtor sells W. Lill condo for $445K](#) (AUGUST 6)
- [Minneapolis attorney sells W. Surf condo](#) (AUGUST 6)
- [Tax lawyer, Kent College professor spends $1.22M](#) (AUGUST 6)
- [NFL kicker turned real estate exec buys in Hartland Park II](#) (AUGUST 5)
- [Former TV producer sells N. Lake Shore condo](#) (AUGUST 5)
- [Real estate development exec spends $525K on N. Sheffield](#) (AUGUST 4)
- [UIC lab director buys N. Grace condo](#) (AUGUST 4)
- [William Blair principal sells on N. Dayton](#) (AUGUST 4)
- [W. Belmont condo draws $470.5K](#) (AUGUST 1)
- [Public relations exec spends $995K on N. Greenview](#) (AUGUST 1)
- [Realtor sells W. Grant condo for $750K](#) (AUGUST 1)
- [Minnesota landscaper sells W. Cornelia condo](#) (JULY 31)
- [Corporate attorney swaps N. Bosworth condo with personal trainer](#) (JULY 31)

*For more stories, see the [News Archives](#).*



| Home | News | Sold Homes | About Us |

## Advertise on BlockShopper.com

BlockShopper.com offers special advertising and sponsorship packages created to meet your local customer acquisition or brand-building needs.

If you're a **real estate professional**, **mortgage broker/lender**, **home builder** or local **small business** looking to cost-effectively reach potential buyers in a targeted market area, check out what we have to offer.

You can shop for Ads on our Advertising Store.

You will find it especially helpful to review our "How To" Select the Ad That's Right For You and our Special Guide to Advertising Pricing.

In **St. Louis and Chicago**, email eddie (@at) blockshopper (DOT)com.

### Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[                    ] Join

**Sending Message to Contactify Link Number:**

[                    ] Your Name

[                    ] Your Email Address

[                    ] Subject

[                    ] Message

Please enter the code: (can't read code?)

[                    ]

By sending a message through contactify you fully accept our terms and privacy policy. If you do not agree please do not continue.

[ I agree, send message ]   [ I don't agree ]

Powered by Contactify (get yours, it's free.)

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



with Lucid Realty
★ Low Commissions
★ Buyer Rebates
★ Full Service

Chicago
BlockShopper.com

| Home | News | Sold Homes | About Us |

JULY 24

# Blockshopper.com founder buys Lincoln Park townhome

*by Jeremy Schnitker*

Blockshopper.com founder Brian Timpone and his wife, Patricia, bought a four-bedroom, 3.1 bath townhome in the Camden Passage complex at 2024 N. Racine for $730,000 from Robert and Annica Nolan on June 14.



2024 N. Racine

The Nolans paid $640,000 for Unit #D in Nov. 2005.

Mr. Timpone, 34, founded Blockshopper in the spring of 2006 with the intent of fusing real estate and community news. Blockshopper, which has sites in Chicago and St. Louis, is planning a nationwide rollout in 2007–08.

He is a co-founder and owner of 1871media.com, now uxCast.com, a content software solutions provider.

Blockshopper is just one of the many media ventures the south suburban native has been involved with over the years. He's the Publisher of a chain of legal newspapers, *The Madison County Record*, *The West Virginia Record* and *The Southeast Texas Record*. He also publishes LegalNewsline.com, a web-based newswire covering state supreme courts and state attorneys general.

He was a Content Executive with Zacks.com, and co-founder of ePrairie.com and GolfSpan.com.

The former television reporter has worked with major networks such as CBS, CNN, CNBC, NBC.

Mr. Timpone has dabbled in politics, serving as the spokesman for the Illinois General Assembly's Minority Leader, Lee Daniels. He's also managed media communication and strategy for a handful of statewide political campaigns.

He's a graduate of the University of Missouri School of Journalism and attended Marian Catholic High School in Chicago Heights.

He and Patty also own property at 1725 N. Dayton, Unit #A, for which they paid $519,000 in Feb. 2005.

There are 19 townhomes in Camden Passage, which was built in 1988.

**Address**: 2024 N. Racine, Unit #D
**Buyer**: Brian and Patricia Timpone
**Seller**: Robert and Annica Nolan
**Sale date**: June 14

## Property Location

## Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[ ] Join

Search Who Bought, Who Sold and For How Much Throughout
Lincoln Park and Lake View – for Free!!!

>> E–mail this article to a friend

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use

(/)




(http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626765&afsid=

(/)



YOUR AD HERE

- **News** (/news/)
- **Cities** (/cities/)

- **Schools** (/schools/)
- **ZIPs** (/zips/)
- **Condos** (/condos/)
- **Taxes** (/taxes/)
- **For Sale** (/listings/)
- **Agents** (/agents/)
- **Foreclosures** (/foreclosures/)
- **New Construction** (/construction/)

Sign-in (/dashboard) / Join (/signup) BlockShopper today!

NEW: BlockShopper Unlisted (/unlisted)

AUG 11

## Civil litigator spends $377,500 in Ladue (/news/story/201911/)

by Angie Barrett

Jonathan K. Glassman and his wife, Yi Sun, bought a four-bedroom, 2.5 bath at 12 Burroughs Ln. in Ladue for $377,500 from Edmond E. Jacobitti and his wife, Barbara L. Hertenstein, on May 22. Read more... (/news/story/201911/)

AUG 8

## State senator selling 1920s-era abode in U City (/news/story/201875/)

by James Trotter

Missouri senator Joan Bray and her husband, Dr. Carl Hoagland, are selling their four-bedroom, two full and one half-bath home at 7120 Washington Ave. in University City for $559,700. Read more... (/news/story/201875/)



Senator Bray

AUG 6

## Cable company exec sells in West County (/news/story/201861/)

by Amy Anderson

Cash S. Hagen and his wife, Vanessa, sold their three-bedroom, two bath home at 329 Arbor Glen Dr. in Unincorporated West County for $382,500 to Mark Mcpeak and his wife, Susan, on May 6. Read more... (/news/story/201861/)



Mr. Hagen

AUG 5

## Electronics wholesaler gets $415K for Des Peres 5BD (/news/story/201787/)

by Amy Anderson

Jed M. Nadler and his wife, Carol, sold their five-bedroom, 3.5 bath home at 1434 Fairbrook Dr. in Des Peres for $415,000 to David Collins and his wife, Valerie, on May 22. Read more... (/news/story/201787/)



1434 Fairbrook Dr.

AUG 5

## Chesterfield 4BD draws $411K (/news/story/201786/)

by Amy Anderson

Lorenzo A. Squellati and his wife, Karen, sold their four-bedroom, 2.5 bath at 212 Vonbehren Dr. in Chesterfield for $411,000 to Jonathan L. White and his wife, Natalie, on May 15. Read more... (/news/story/201786/)



212 Vonbehren Dr.

AUG 4

## Radiation oncologist spends $410K in Frontenac (/news/story/201781/)

by Angie Barrett

Dr. Rajanish Singla bought a three-bedroom, two bath home at 1 Lynnbrook Rd. in Frontenac for $410,000 from Daniel J. Mosley and his wife, Elizabeth, on May 6. Read more... (/news/story/201781/)

AUG 4

## Former SLU swimmer buys in Chesterfield for $405K (/news/story/201780/)

by Angie Barrett

Luke Muran and his wife, Kristin, bought a four-bedroom, 3.5 bath home at 431 Strawbridge Dr. in Chesterfield for $405,000 from Robyn Gottlieb and her husband, Louis, on May 15. **Read more... (/news/story/201780/)**



Mr. Muran

AUG 4

## Lawyer sells in Ballwin for $392K (/news/story/201779/)

by Amy Anderson

Lawrence O. Willbrand, Jr. and Mary Lou Willbrand sold a four-bedroom, 3.5 bath home at 209 Pointe Lucerne Ct. in Ballwin for $392,000 to Craig A. Ransom and his wife, Amanda, on May 6. **Read more... (/news/story/201779/)**



209 Pointe Lucerne Ct.

AUG 1

## Horse racing handicapper, internist sell in Chesterfield for $457,500 (/news/story/201771/)

by Angie Barrett

Marc Skale and his wife, Dr. Christina Skale, sold their four-bedroom, 2.5 bath at 13650 River Valley Ct. in Chesterfield for $457,500 to Jeffrey Keech and his wife, Rachel, on May 20. **Read more... (/news/story/201771/)**

AUG 1

## Former payroll co. owner sells in Clarkson Valley for $431K (/news/story/201769/)

by Angie Barrett

Angela C. Smiley and her husband, Michael, sold their four-bedroom, 2.5 bath at 27 Forest Club Dr. in Clarkson Valley for $431,000 to Santa Ana Holdings LLC on May 1. **Read more... (/news/story /201769/)**

**Earlier Features**

- **Bryan Cave attorney buys classic University City 3BD (/news/story/201742/)** (JUL 31)
- **Indianapolis transplant selling Clarkson Valley 4BD (/news/story/201676/)** (JUL 30)
- **Labor officer lists 4BD in Black Jack for $599,900 (/news/story/201626/)** (JUL 30)
- **Cardiologist asking $599K in West County (/news/story/201675/)** (JUL 30)
- **Healthcare co. exec lists Clayton 4BD for $829K (/news/story/201707/)** (JUL 29)
- **Washington University professor lists University City home for $589,900 (/news/story/201703/)** (JUL 29)
- **Former Rams quarterbacks coach selling South County 5BD (/news/story/201649/)** (JUL 28)
- **Periodontist asking $539K for Town & Country 4BD (/news/story/201616/)** (JUL 28)
- **Washington University business manager selling in West County (/news/story/201618/)** (JUL 25)
- **Banking exec spends $475K in Town & Country (/news/story/201646/)** (JUL 25)

### Sales Volume    ■ 2008 ■ 2007 ■ 2006



Browse **2008** sales by month:

JAN (/months/2008/1/) | FEB (/months/2008/2/) | MAR (/months/2008/3/) | APR (/months/2008/4/) | MAY (/months/2008/5/) | JUN (/months/2008/6/) | JUL (/months /2008/7/) | AUG (/months/2008/8/)

Browse **2007** sales by month:

JAN (/months/2007/1/) | FEB (/months/2007/2/) | MAR (/months/2007/3/) | APR (/months/2007/4/) | MAY (/months/2007/5/) | JUN (/months/2007/6/) | JUL (/months /2007/7/) | AUG (/months/2007/8/) | SEP (/months/2007/9/) | OCT (/months/2007/10/) | NOV (/months/2007/11/) | DEC (/months/2007/12/)

Browse **2006** sales by month:

JAN (/months/2007/1/) | FEB (/months/2007/2/) | MAR (/months/2007/3/) | APR (/months/2007/4/) | MAY (/months/2007/5/) | JUN (/months/2007/6/) | JUL (/months/2007/7/) | AUG (/months/2007/8/) | SEP (/months/2007/9/) | OCT (/months/2007/10/) | NOV (/months/2007/11/) | DEC (/months/2007/12/)

Previous years: **2005 (/months/2005/)** | **2004 (/months/2004/)** | **2003 (/months/2003/)** | **2002 (/months/2002/)** | **2001 (/months/2001/)** | **2000 (/months/2000/)** | **1999 (/months/1999/)** | **1998 (/months/1998/)**

Search Buyers/Sellers: [＿＿＿＿＿] [Go]



DIRECTV.

Our best offer of the year!
Get DIRECTV FREE for 4 months.
WHEN YOU SIGN UP FOR NFL SUNDAY
TICKET™ FOR $74.99/MO. FOR 4 MONTHS.

ORDER TODAY

Offers ends 9/30/08
New customers only.

LEGAL ▸

**Your Ad Here (http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626761&afsid=1)**

### Median Sale Price (All)    ■ 2008 ■ 2007 ■ 2006



| City | YTD Median Price | YTD Home Sales |
|---|---|---|
| **Ladue (/cities/ladue)** | $ 714K | 194 |



| City | YTD Median Price | YTD Home Sales |
|------|------------------|----------------|
| **Town & Country (/cities/town_and_country)** | $ 683K | 154 |
| **Clayton (/cities/clayton)** | $ 511K | 302 |
| **Des Peres (/cities/des_peres)** | $ 356K | 143 |
| **Wildwood (/cities/wildwood)** | $ 355K | 707 |
| Other Cities | | |

## Foreclosures  ■ 2008 ■ 2007 ■ 2006

(/foreclosures)



| City | 2007 FCs | 2006 FCs | Trend |
|------|----------|----------|-------|
| **Vinita Terrace (/foreclosures/years/2007/83)** | 5 | 1 | ▲ 400.0% |
| **Beverly Hills (/foreclosures/years/2007/8)** | 19 | 4 | ▲ 375.0% |
| **Edmundson (/foreclosures/years/2007/27)** | 4 | 1 | ▲ 300.0% |
| **Ladue (/foreclosures/years/2007/47)** | 12 | 3 | ▲ 300.0% |
| **Charlack (/foreclosures/years/2007/15)** | 3 | 1 | ▲ 200.0% |
| **See all cities... (/foreclosures)** | | | |

Copyright © 2008 **StLouis.BlockShopper.com (/)** . | **About/Contact Us (/about/)**
More BlockShopper cities: **Chicago (http://chicago.blockshopper.com/)** · **Las Vegas (http://lasvegas.blockshopper.com/)** · **South Florida (http://southflorida.blockshopper.com/)**



◄HOME

(/)



(http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626765&afsid=

**News (/news/)**
**Cities (/cities/)**

- **Schools (/schools/)**
- **ZIPs (/zips/)**
- **Condos (/condos/)**
- **Taxes (/taxes/)**
- **For Sale (/listings/)**
- **Agents (/agents/)**
- **Foreclosures (/foreclosures/)**
- **New Construction (/construction/)**

**Sign-in (/dashboard/)** / **Join (/signup/)** BlockShopper today!

NEW: BlockShopper Unlisted (/unlisted)

AUGUST 8, 2007 8:25AM

# Blockshopper.com co-founder buys in Creve Coeur

*by Dan Fey, BlockShopper Staff*



102 Ladue Aire Dr.

Blockshopper.com co-founder Edward Weinhaus and his wife, Natalie, bought a five-bedroom, 3.5 bath at 102 Ladue Aire Dr. in Creve Coeur for $648,000 from Harold and Sheryll Gilbertson on June 20.

The Gilbertsons paid $499,000 for the 4,015 square foot home in April 2001. It was built in 1983.

Formerly a real estate investor, Mr. Weinhaus helped co-found **Blockshopper.com (http://chicago.blockshopper.com/welcome/)** with Chicago native Brian Timpone in March 2006. Mr. Weinhaus oversees operations for the St. Louis version of Blockshopper, which also offers a Chicago site and is planning a nationwide rollout in 2007-08.

The sites fuse local real estate data and community news.

Mr. Weinhaus previously was a principal with **Houston Buyers/Oak Willow Builders (http://www.oakwillowbuilders.com/about/)** , a real estate investment firm in Houston founded in 2003. He also founded **HoustonRealNews.com (http://www.houstonrealnews.com/)**, an advertiser-supported online real estate newspaper serving the Houston area.

A licensed realtor, Weinhaus has bought and sold 150 residential properties.

Prior to entering real estate, Weinhaus worked in an executive capacity with Columbus-based American Electric Power (AEP), Chicago venture consulting firm JumpStart Capital Partners, Boston Consulting Group and golf resort owner KSL Recreation.

He also advised on the start-up of GolfSpan.com and ePrairie.com.

Weinhaus began his business career as a derivatives trader for Swiss Bank-O'Connor in Chicago.

Mr. Weinhaus received his M.B.A. from the University of Chicago and is a graduate of the London School of Economics.

**Address:** 102 Ladue Aire Drive (/property/18P240383/102_ladue_aire_drive/)
**Buyer(s):** Edward A Weinhaus (Husband) and Natalie B Weinhaus (Wife)
**Seller(s):** Harold K Gilbertson (Husband) and Sheryll Gilbertson (Wife)
**Sale date:** 2007-06-20

*Have a story idea for us? Email the BlockShopper newsroom -- **news@blockshopper.com (mailto:news@blockshopper.com)** , Be sure to include the property address.*



Your Ad Here (http://www.adbrite.com/mb/commerce/purchase_form.php?opid=626761&afsid=1)
Copyright © 2008 StLouis.BlockShopper.com (/) . | About/Contact Us (/about/)

**Exhibit D to Complaint**



with Lucid Realty   ★ Low Commissions   ★ Buyer Rebates   ★ Full Service

| Home | News | Sold Homes | About Us |

JULY 7

## Jones Day attorney spends $463K on Buckingham Pl.
*by Dan Fey*

Dan Malone Jr. bought a two-bedroom, two bath condo at 859 W. Buckingham Place in Lake View for $463,000 from Amy Bollinger on May 16.

Bollinger paid $452,500 for Unit #2 in Aug. 2005. There are four units in the building.

Malone is an associate in the Chicago office of global law firm Jones Day. He specializes in general corporate law, with a focus on private equity transactions, leveraged buyouts as well as mergers and acquisitions.

He earned his J.D. from Boston College (2006) and his bachelor's from Fordham University in New York City ('03).

**Address:** 859 W. Buckingham Place, Unit #2
**Buyer:** Dan Malone Jr.
**Seller:** Amy Bollinger
**Sale date:** May 16
>> E-mail this article to a friend

**Property Location**



Mr. Malone



859 W. Buckingham Place



### Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[ ] Join

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use



## Professional Biography - Profile

### Daniel P. Malone Jr. (Dan)



Associate
Chicago
Tel: 1.312.269.4115
Fax: 1.312.782.8585
Email: dpmalone@jonesday.com

Profile | Experience

**RELATED SERVICES**
- Private Equity

Dan Malone practices in the area of general corporate law, with a focus on private equity transactions, leveraged buyouts, and mergers and acquisitions. He has represented buyers, sellers, and their financial advisors in acquisitions and divestitures, restructurings, joint ventures, and other strategic alliances. Dan also provides general corporate counseling to private equity funds and their portfolio companies. Recently, he has advised The Riverside Company, Fidelity Equity Partners, Resilience Capital Partners, FleetPride, Benford Capital Partners, and H.I.G Capital.

Dan is a member of The Chicago Bar Association and the Illinois State Bar Association.

**Admitted**
Illinois

**Education**
Fordham University (B.A. 2003); Boston College (Lefkowitz National Moot Court; J.D. 2006)



with Lucid Realty

| Home | News | Sold Homes | About Us |

APRIL 23

## New Jones Day lawyer spends $760K on Sheffield
*by James Trotter*

Jacob C. Tiedt and his wife, Erin Shencopp, bought a three-bedroom, 2.1 bath at 2048 N. Sheffield Ave. in Lincoln Park for $760,000 from the Cartus Financial Corporation on March 24.

Unit #1 is one of three in the building.

Tiedt is an associate in the Chicago office of international law firm Jones Day. He practices corporate law with a focus on capital markets transactions for the firm, which he joined earlier this year.



Mr. Tiedt

He previously spent three years as an attorney at Simpson, Thacher & Bartlett in New York City and two years with Baker & Hostetler in Columbus, Ohio.

He earned his J.D. from the University of Michigan (2003) and his bachelor's in economics and German from Michigan State University (2000).

**Address**: 2048 N. Sheffield Ave., Unit #1
**Buyer**: Jacob C. Tiedt and Erin Shencopp
**Seller**: Cartus Financial Corporation
**Sale date**: March 24



2048 N. Sheffield Ave.

**Property Location**



## Subscribe

Get the latest Lincoln Park & Lake View home sales news, delivered straight to your inbox.

[          ] Join

Search Who Bought, Who Sold and For How Much Throughout Chicago – for Free!!!

>> E–mail this article to a friend

Copyright © 2006–07 BlockShopper.com. **Advertise** | FAQ | About Us | Contact Us | Terms of Use


One Firm Worldwide

## Professional Biography - Profile

### Jacob C. Tiedt



Associate
Chicago
Tel: 1.312.269.4357
Fax: 1.312.782.8585
Email: jtiedt@jonesday.com

Profile | Experience

**RELATED SERVICES**
- Capital Markets

Jacob Tiedt practices corporate law with a focus on capital markets transactions. His capital markets experience includes the representation of issuers and underwriters in public offerings and private placements of securities. Jacob also regularly advises on securities compliance, disclosure, corporate governance, and other general corporate matters. In addition, he has experience representing investment advisers, registered investment companies, and private investment funds on business and compliance matters.

Prior to joining Jones Day in 2008, Jacob served as an attorney at Simpson Thacher & Bartlett in New York City from 2005 to 2008 and at Baker & Hostetler in Columbus, Ohio from 2003 to 2004.

**Admitted**
New York

**Education**
Michigan State University (B.A. in Economics with high honors 2000; B.A. in German with high honors 2000; Phi Beta Kappa); University of Michigan (J.D. cum laude 2003; Production Editor, Michigan Journal of International Law)

**Languages**
German

**Exhibit E to Complaint**

# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: 216-586-7231
mwilkes@jonesday.com

JP302273:cmg
079978-083072
CL: 1632034v1

July 10, 2008

**VIA UPS**

Mr. Rob Biedermann
875 N. Michigan Avenue
Suite 3100
Chicago, Illinois  60610

Re:    www.blockshopper.com

Dear Mr. Biedermann:

You are undoubtedly aware of the law firm Jones Day, 901 Lakeside Avenue, Cleveland, Ohio 44114 ("Jones Day"). I am writing to you on Jones Day's behalf. The Firm is aware that in connection with your use of the above-referenced domain name, you have equipped that site with content and materials which are proprietary to Jones Day. Accordingly, your conduct has been referred to the undersigned for further disposition.

Be advised that Jones Day has the exclusive rights to the service marks JONES DAY and JONES DAY and Design to identify legal services. These rights are embodied, in part, in United States Service Mark Registration Nos. 2,212,877 and 2,316,539. Moreover, Jones Day is the exclusive owner and has rights to the content which appears on its web site located at www.jonesday.com. These rights are valid and have not been granted to you to use in any manner whatsoever. Be further advised that at no time have you received permission to link to the Jones Day web site.

You are infringing and diluting Jones Day's service mark rights. Continued unauthorized use of material from the Jones Day web site, including photographs of Jones Day associates, as well as the unauthorized links to the Jones Day web site is disparaging the reputation of Jones Day, its partners and employees. Your actions constitute, at a minimum, service mark infringement, service mark dilution, deceptive trade practices, fraudulent misrepresentation, palming off, reverse palming off, tortious interference with a valid business expectancy, invasion of privacy, false light publicity, and appropriation of likeness in violation of 15 U.S.C. § 1051 et seq., as well as state law.

Accordingly, on behalf of Jones Day, I demand that you immediately disable all links to Jones Day's web site, remove the photographs of Jones Day personnel from your web site and

JONES DAY

Mr. Rob Biedermann
July 10, 2008
Page 2

prevent the posting of any content on your web site which is proprietary to Jones Day, or suggests that Jones Day is affiliated in any manner with you. The removal of the links and Jones Day's proprietary content, as well as a written statement of your compliance with the foregoing demands, should be sent to me within 24 hours of your receipt of this letter. Should you fail to comply with these demands, Jones Day will commence immediate litigation for damages and injunctive relief against you.

Your actions will be closely monitored. Should you have any questions, you may contact the undersigned.

Sincerely,

Meredith M. Wilkes

cc:     Robert P. Ducatman, Esq.

**Exhibit F to Complaint**

# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114-1190
TELEPHONE: 216-586-3939 • FACSIMILE: 216-579-0212

Direct Number: 216-586-7231
mwilkes@jonesday.com

JP302273:cmg
079978-083072
CL: 1634131v1

July 17, 2008

**VIA UPS**

Mr. Rob Biedermann
875 N. Michigan Avenue
Suite 3100
Chicago, Illinois  60610

Re:     www.blockshopper.com

Dear Mr. Biedermann:

I write as a follow up to my letter to you dated July 10, 2008.  As of today, in connection with your use of the above-referenced domain name, you continue to use content and materials which are proprietary to Jones Day.

In light of the foregoing, I renew the demands set forth in my letter to you of July 10, 2008.  In particular, I demand that you immediately disable all links to Jones Day's web site, remove the photographs of Jones Day personnel from your web site and prevent the posting of any content on your web site which is proprietary to Jones Day, or suggests that Jones Day is affiliated with you or the blockshopper.com web site in any manner.  Your removal of the links, as well as the removal of Jones Day's proprietary content, must be complete within 24 hours of your receipt of this letter.

Your actions will be closely monitored.  This is the last written notice you will receive.  Should you have any questions, you may contact the undersigned.

Sincerely,

Meredith M. Wilkes

cc:     Robert P. Ducatman, Esq.