**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JONES DAY,
a General Partnership,

Plaintiff,

v.

BlockShopper.com,
an unincorporated business entity,

and

Brian Timpone,
d/b/a Blockshopper.com,
an individual,

and

Edward Weinhaus,
d/b/a Blockshopper.com,
an individual,

Defendants.

Case No.: 08CV4572

Judge John Darrah

**CERTIFICATE OF SERVICE**

Dated: August 28, 2008

Respectfully submitted,

By: *<u>/s/ Irene S. Fiorentinos</u>*

Paul W. Schroeder
Illinois State Bar No. 2509113
pwschroeder@jonesday.com
Irene S. Fiorentinos
Illinois State Bar No. 6188533
ifiorentinos@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Meredith M. Wilkes
N.D. Illinois Bar No. 90785056
mwilkes@jonesday.com
Robert P. Ducatman
rducatman@jonesday.com
James W. Walworth Jr.
jwalworth@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212


**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I electronically filed the foregoing Amended Complaint, including Exhibits A-F, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

Martin B. Carroll
Illinois State Bar No. 6200979
mcarroll@fhslc.com
Adam A. Hachikian
Illinois State Bar No. ________
ahachikian@fhslc.com
FOX, HEFTER, SWIBEL, LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Phone: 312-224-1230
Attorneys for Defendants

s/ Irene S. Fiorentinos
One of the Attorneys for Jones Day