## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4572 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Jones Day vs. Blockshopper.com | | |

**DOCKET ENTRY TEXT**

Motion to dismiss to be filed by 9/19/08, response by 10/3/08, reply by 10/10/08. Status hearing set for 11/13/08 at 9:00 a.m. Bench trial set for 3/30/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|