IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JONES DAY**, a General Partnership | ) | Case No. 08CV4572 |
| | ) | |
| Plaintiff, | ) | Judge John Darrah |
| | ) | |
| v. | ) | |
| | ) | |
| **BlockShopper, LLC,** | ) | |
| d/b/a Blockshopper.com, | ) | |
| a Missouri Limited Liability Corporation, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **Brian Timpone, d/b/a BlockShopper.com,** | ) | |
| an individual, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **Edward Weinhaus, d/b/a BlockShopper.com,** | ) | |
| an individual | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Paul W. Schroeder
Brent P. Ray
Irene Savanis Fiorentinos
Jones Day
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on September 18 at 9:00 am or as soon thereafter as this Motion may be heard, counsel shall appear before the Honorable John W. Darrah or any judge sitting in his stead in Courtroom 1203 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall there and then present **Defendants' Agreed Motion to File Briefs in Excess of LR 7.1 Page Limit**, a copy of which are attached and herewith served upon you.

By: \_\_\_\_/s/ Adam A. Hachikian_____
One of the Attorneys for Plaintiffs

Martin B. Carroll
Adam A. Hachikian
Fox, Hefter, Swibel, Levin & Carroll, LLP
321 N. Clark Street, Suite 3300
Chicago, IL 60610
(312) 224-1200

## Certificate of Service

       Under penalties of perjury provided by law, the undersigned attorney certifies that a true and correct copy of this Notice and the document described therein was served upon counsel-of-record as indicated in the Notice, by E-filing via the Court's website this 10th day of September, 2008.

                                         By: \_\_\_\_/s/ Adam A. Hachikian_____
                                                One of the Attorneys for Plaintiffs