Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 4572 | **DATE** | September 12, 2008 |
| **CASE TITLE** | Jones Day v. BlockShopper et al. | | |

**DOCKET ENTRY TEXT:**

Defendant BlockShopper's Motion for Leave to File Excess Pages [32, 33] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|

Dockets.Justia.com