UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONES DAY, a general partnership, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLOCKSHOPPER LLC, d/b/a | ) No. 08 C 4572 |
| BLOCKSHOPPER.COM, a Missouri limited | ) |
| liability corporation, | ) |
| | ) The Honorable John W. Darrah |
| and | ) |
| | ) |
| BRIAN TIMPONE, | ) |
| d/b/a BLOCKSHOPPER.COM, an individual, | ) |
| | ) |
| and | ) |
| | ) |
| EDWARD WEINHAUS, | ) |
| d/b/a BLOCKSHOPPER.COM, an individual, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  All counsel of record

      PLEASE TAKE NOTICE that on Tuesday, October 7, 2008, at 9:00 a.m., the undersigned will appear before the Honorable John W. Darrah in the courtroom usually occupied by him, and present the attached Motion of Electronic Frontier Foundation, Public Citizen, Public Knowledge, and Citizen Media Law Project for Leave to File Brief as *Amici Curiae* Supporting Defendant's Motion to Dismiss Plaintiff's Trademark Claims, a copy of which is hereby served upon you.

                                                      /s/ Robert S. Libman
                                                      Robert S. Libman

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170

Paul Alan Levy (motion for *pro hac vice* admission pending)
Public Citizen Litigation Group
1600 - 20th St., N.W.
Washington, DC 20009
(202) 588-1000

Corynne McSherry
Electronic Frontier Foundation
454 Shotwell St.
San Francisco, CA 94110-1914
(415) 436-9333

## CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Notice to be served upon all counsel of record, by this Court's electronic-filing system, this 19th day of September, 2008.


                                      /s/ Lisa Mecca Davis
                                      Lisa Mecca Davis