Jones Day v. BlockShopper.com et al — Doc. 41

Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4572 | **DATE** | 9/18/2008 |
| **CASE TITLE** | Jones Day vs. BlockShopper | | |

**DOCKET ENTRY TEXT**

Enter Initial Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

FILED — 2008 SEP 19 AM 6:22 — U.S. DISTRICT COURT

Dockets.Justia.com