IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONES DAY, a General Partnership ) | Case No. 08CV4572 |
| Plaintiff, ) | Judge John Darrah |
| v. ) | |
| ) | |
| BlockShopper L.L.C et. al. ) | |
| Defendants. ) | |

## INITIAL SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. 26(f), an initial meeting was held on August 22, 2008, at 77 West Wacker, Chicago, Illinois, and was followed by phone conferences on August 26, 2008, and August 28, 2008, and further discussions were subsequently held. The meeting and conferences were attended by:

Paul W. Schroeder, Irene S. Fiorentinos and Brent P. Ray for plaintiff and
Martin B. Carroll for defendants.

1. Pre-Discovery Disclosures: The parties will exchange by September 25, 2008, the information required by Fed.R.Civ.P. 26(a)(1)(A). No other discovery shall be initiated until, and unless, defendants' motion to dismiss is denied, or by further order of the Court or by agreement of the parties.

2. Plaintiff filed an amended complaint by August 29, 2008. The parties agree that this amendment shall not count as plaintiff's amendment as a matter of course under Fed.R.Civ.P. 15(a)(1)(A).

3. The parties agree that all service in this matter can be undertaken by e-mail and service is effective as of the date the e-mail is sent.

4. Defendants shall file their motion to dismiss by September 19, 2008. Plaintiff shall have until October 3, 2008, to respond to a motion to dismiss and defendants shall have until October 10, 2008, to reply.

5. Based on the parties' agreement, the Court hereby extends the Stipulation and Order entered on August 19, 2008, including the prohibitions imposed on defendants under Paragraph 1 therein, until the permanent injunction trial to address plaintiff's request for permanent injunctive relief ("Permanent Injunction Trial") is completed and an order is entered resolving the matters raised at the Permanent Injunction Trial or until the Court enters a final order of dismissal of the complaint with prejudice, whichever is earlier. At

CHI-1666611v4

this time, the Permanent Injunction Trial is scheduled to begin on March 30, 2009, at 9:00 a.m.

6. Reports from retained experts under Rule 26(a)(2) relating to issues to be addressed at the Permanent Injunction Trial shall be served by the party bearing the burden of proof at least 75 calendar days before the Permanent Injunction Trial is scheduled to begin; response expert reports shall be due within 45 calendar days thereafter; and the disclosed experts shall be available for depositions on reasonable notice after their reports are issued and prior to the start of the Permanent Injunction Trial.

7. Supplementation under Rule 26(e) as to matters related to the Permanent Injunction Trial shall be completed within 30 calendar days prior to the start of the Permanent Injunction Trial.

8. In lieu of the full Final Pretrial Order required by Local Rule 16.1, in preparation for the Permanent Injunction Trial, the parties shall exchange and submit lists of fact and expert witnesses and exhibits and objections thereto 10 calendar days before the start of the Permanent Injunction Trial. Consistent with Local Rule 16.1, plaintiff shall submit proposed findings of fact and conclusions of law 30 calendar days before the start of the Permanent Injunction Trial, and defendants shall respond to plaintiff's submission within 15 days thereafter, in order to provide completed proposed findings of fact and conclusions of law to the Court 10 calendar days before the start of the Permanent Injunction Trial.

9. A status hearing is set for November 13, 2008 at 9:00 a.m.

IT IS SO ORDERED:

Date: 9-18-08

United States District Court Judge

- 2 -

CHI-1666611v4

SUBMITTED AND AGREED TO:

*[signature]*

Paul W. Schroeder
pwschroeder@jonesday.com
Irene S. Fiorentinos
ifiorentinos@jonesday.com
Brent P. Ray
bpray@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL 60601
Phone: 312-782-3939
Attorneys for Plaintiff

*[signature]*

Martin B. Carroll
mcarroll@fhslc.com
Daniel S. Hefter
dhefter@fhslc.com
Adam A. Hachikian
ahachikian@fhslc.com
FOX, HEFTER, SWIBEL, LEVIN &
CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Phone: 312-224-1230
Attorneys for Defendants