**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JONES DAY, a General Partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 08 CV 4572 |
| ) | Judge John Darrah |
| BLOCKSHOPPER LLC, d/b/a ) Blockshopper.com, a Missouri Limited ) Liability Corporation, BRIAN TIMPONE, ) an individual, and EDWARD WEINHAUS, ) an individual, ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

**To:** **All Counsel of Record**

**PLEASE TAKE NOTICE** that we have this day filed a revised copy of **Defendants' Motion to Dismiss Amended Complaint**, a copy of which is enclosed**.** A copy of this was previously filed on Friday September 19, but inadvertently omitted the table of contents and table of authorities.

By: ____/s/ Martin B. Carroll_____
One of the Attorneys for Defendants

Martin B. Carroll
Tracy Katz Muhl
Adam A. Hachikian
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison, Suite 3000
Chicago, IL 60606
(312) 224-1200

## Certificate of Service

       Under penalties of perjury provided by law, the undersigned attorney certifies that a true and correct copy of this Notice and the document described therein was served upon counsel-of-record as indicated in the Notice, by E-filing via the Court's website this 19th day of September, 2008.

                                       By: \_\_\_\_/s/ Martin B. Carroll_____
                                                One of the Attorneys for Defendants