```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
       JONES DAY, a General              )
 4     Partnership,                      )
                                         )
 5                     Plaintiff,        )
                                         )
 6                                       )   Case No. 08 C 4572
       -vs-                              )
 7                                       )   Chicago, Illinois
                                         )   August 19, 2008
 8     BRIAN TIMPONE, an individual      )   9:00 o'clock a.m.
       doing business as                 )
 9     BlockShopper.com, EDWARD          )
       WEINHAUS, an individual doing     )
10     business as BlockShopper.com,     )
       and BLOCKSHOPPER LLC, doing       )
11     business as BlockShopper.com,     )
                                         )
12                     Defendants.       )

13
                       TRANSCRIPT OF PROCEEDINGS
14               BEFORE THE HONORABLE JOHN W. DARRAH

15   APPEARANCES:

16   For the Plaintiff:        JONES DAY
                               BY:  MR. PAUL W. SCHROEDER
17                                  MS. IRENE SAVANIS FIORENTINOS
                               77 West Wacker Drive
18                             Suite 3500
                               Chicago, Illinois 60601
19
     For the Defendants:       FOX HEFTER SWIBEL LEVIN & CARROLL
20                             MR. MARTIN B. CARROLL
                               200 West Madison Street
21                             Suite 3000
                               Chicago, Illinois 60606

22   Court Reporter:

23                             Mary M. Hacker
                            Official Court Reporter
24                        United States District Court
                     219 South Dearborn Street, Suite 1426
25                        Chicago, Illinois  60604
                          Telephone:  (312) 435-5564
```

1  THE CLERK: 08 C 4572, Jones Day versus
2  BlockShopper.com.
3  MR. CARROLL: Good morning, your Honor. Martin
4  Carroll on behalf of the defendants.
5  THE COURT: Good morning, Mr. Carroll.
6  MR. SCHROEDER: Paul Schroeder and Irene
7  Fiorentinos on behalf of the plaintiff, your Honor.
8  THE COURT: Good morning, Counsel.
9  This matter comes on for hearing on a motion for
10 temporary restraining order. Have you discussed this at all?
11 MR. SCHROEDER: Yes, your Honor, we have, and
12 forwarded to your Honor's clerk yesterday a stipulation. We
13 have signed copies today. It requires the defendants to
14 avoid doing certain things over a 60-day period, which brings
15 us through October 17th.
16 We would like to tender to your Honor signed copies
17 of that. If your Honor is agreeable to that, we would like
18 that entered as an order.
19 However, there is one blank, and the blank has to
20 do with a mutual request for an early pretrial conference.
21 We were trying between ourselves to figure out what we would
22 do within the 60 days. We have differing views. We would
23 like some expedited action.
24 We would like to discuss that some more, and if
25 your Honor is agreeable, we would like an early pretrial

1  conference next week, if at all possible.
2  THE COURT: Mel?
3  MS. FIORENTINOS: Your Honor, would you like a copy
4  of the order?
5  THE COURT: Yes. Would you hand that up?
6  (Document tendered.)
7  THE CLERK: August 26th at 2:00 o'clock p.m.
8  THE COURT: Would that be convenient?
9  MR. SCHROEDER: Yes.
10  THE COURT: Shall we continue the motion for
11  temporary restraining order to that date as well and then
12  just keep it tracking along?
13  MR. SCHROEDER: Yes, your Honor.
14  THE COURT: Okay. Mel, what was that date?
15  THE CLERK: August 26th at 2:00 o'clock p.m.
16  MR. CARROLL: Your Honor, we can do that. One
17  thing, though. I think the parties are anticipating trying
18  to discuss among themselves the best way of setting this case
19  up going forward.
20  One of the reasons that we entered into this
21  stipulation order was to avoid having to litigate this on a
22  temporary restraining order basis, on a hurried basis. We
23  think this is a -- there's some various issues in this case
24  that really affect the entire internet industry. We want to
25  make sure that this Court would have ample time to review the

1  case law in this case.
2  So whether that's a preliminary injunction hearing
3  or whether that's a summary judgment motion is something that
4  I think we're going to discuss among the parties.  So I don't
5  think that we -- you know, we enter and continue the TRO
6  motion.  I think it's our understanding that we will not be
7  appearing before your Honor on a TRO hearing next week.
8  I think we would like to set up a scheduling order,
9  including one of the things that we need to talk about today
10  -- or two things.  One is the -- I have talked to the other
11  side about the fact that they have the wrong defendant in
12  this case.  It should be BlockShopper LLC, it's not dot com.
13  I am going to send them a letter to that effect so they can
14  amend their pleadings to that effect.
15  We also need some guidance as far as when we can
16  file our answer or otherwise plead in this case.  We are
17  asking for 30 days in which to do so.  I'm not sure if the
18  plaintiffs object to that or not, but they wanted me to bring
19  that up in front of you this morning.
20  THE COURT:  Why don't we discuss that at the
21  conference next week as well.
22  And why don't we show on the docket sheet that the
23  motion for temporary restraining order is withdrawn without
24  prejudice to refile it, and we can decide procedurally what
25  the next step should be.  I agree, that to proceed on a

matter that does have some novel or complex issues in the format of a preliminary injunction hearing or a temporary restraining order might not be the most efficient way to resolve the issues. And on many occasions you go with less information than you otherwise would want if the case were to be a full trial, and sometimes you don't get a resolution that's as complete as it should be. So I agree, that would be an appropriate way to approach this.

But you have an agreement that will effectively protect the parties for the next 60 days, is that correct?

MR. SCHROEDER: Yes, your Honor.

THE COURT: Okay. I filled those dates in, so I'll see you next week.

MR. SCHROEDER: Thank you.

MR. CARROLL: Thank you, your Honor.

MS. FIORENTINOS: Your Honor, if I may ask, do we need to submit revised orders to the clerk, or are we revising our order already?

THE COURT: I'll sign that order as it is, but the docket sheet will reflect that the motion for temporary restraining order has been withdrawn without prejudice to refile it.

MS. FIORENTINOS: Very well.

MR. CARROLL: Thank you, your Honor.

MR. SCHROEDER: Thank you, your Honor.

1   THE COURT: You're welcome.
2   (Which were all the proceedings heard.)
3                    CERTIFICATE
4   I certify that the foregoing is a correct transcript
5   from the record of proceedings in the above-entitled matter.
6
7   /s/ Mary M. Hacker                    September 19, 2008
8   _____              _____
    Mary M. Hacker                        Date
9   Official Court Reporter