```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


     JONES DAY, a General              )
     Partnership,                      )
                                       )
                    Plaintiff,         )
                                       )
                                       )   Case No. 08 C 4572
     -vs-                              )
                                       )   Chicago, Illinois
                                       )   September 3, 2008
     BRIAN TIMPONE, an individual      )   9:00 o'clock a.m.
     doing business as                 )
     BlockShopper.com, EDWARD          )
     WEINHAUS, an individual doing     )
     business as BlockShopper.com,     )
     and BLOCKSHOPPER LLC, doing       )
     business as BlockShopper.com,     )
                                       )
                    Defendants.        )


                        TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE JOHN W. DARRAH

     APPEARANCES:

     For the Plaintiff:         JONES DAY
                                BY:  MS. IRENE SAVANIS FIORENTINOS
                                77 West Wacker Drive
                                Suite 3500
                                Chicago, Illinois 60601

     For the Defendants:        FOX HEFTER SWIBEL LEVIN & CARROLL
                                MR. MARTIN B. CARROLL
                                200 West Madison Street
                                Suite 3000
                                Chicago, Illinois 60606
     Court Reporter:

                             Mary M. Hacker
                          Official Court Reporter
                       United States District Court
                  219 South Dearborn Street, Suite 1426
                          Chicago, Illinois  60604
                       Telephone:   (312) 435-5564
```

| | |
|---|---|
| 1 | THE CLERK: 08 C 4572, Jones Day versus |
| 2 | BlockShopper.com. |
| 3 | MS. FIORENTINOS: Good morning, your Honor. Irene |
| 4 | Fiorentinos on behalf of Jones Day. |
| 5 | THE COURT: Good morning, Ms. Fiorentinos. |
| 6 | MR. CARROLL: Good morning, your Honor. Martin |
| 7 | Carroll on behalf of defendants. |
| 8 | THE COURT: Good morning, Mr. Carroll. |
| 9 | MS. FIORENTINOS: Judge, following our conference |
| 10 | with you, we did propose schedules and this morning actually |
| 11 | we were able to hear from defendants that they are willing to |
| 12 | extend the stipulation and keep the status quo in place until |
| 13 | as late as March -- |
| 14 | THE COURT: All right. |
| 15 | MS. FIORENTINOS: -- as a way to get a chance to do |
| 16 | their motion to dismiss without having to start discovery, |
| 17 | other than initial disclosures. |
| 18 | And I think that's going to be okay with us. |
| 19 | Frankly, I haven't had a chance to discuss it with anyone, |
| 20 | but I can't imagine we have an issue, if the Court is okay |
| 21 | with the idea of not setting a trial in this matter until |
| 22 | sometime in March. |
| 23 | THE COURT: Is that agreeable, Counsel? |
| 24 | MR. CARROLL: Yes, your Honor. I think the idea |
| 25 | being that if we can get a trial date from you towards the |

| | |
|---|---|
| 1 | end of March, we can work backwards from that and then give |
| 2 | you an initial scheduling order -- |
| 3 | THE COURT: All right. |
| 4 | MR. CARROLL: -- setting forth the time for us to |
| 5 | file -- |
| 6 | THE COURT: How much time do you need to file a |
| 7 | motion to dismiss? |
| 8 | MR. CARROLL: Our plan is to file a motion to |
| 9 | dismiss on September 19th. |
| 10 | THE COURT: How much time to reply? |
| 11 | MS. FIORENTINOS: We'll take 14 to reply -- to |
| 12 | respond. |
| 13 | MR. CARROLL: And seven to reply. That would mean |
| 14 | you would have a full -- |
| 15 | THE COURT: Hold on one second. When are you going |
| 16 | to file it? |
| 17 | MR. CARROLL: September 19th. |
| 18 | THE COURT: Response date, Mel? |
| 19 | THE CLERK: October 3rd. |
| 20 | MR. CARROLL: And seven days to reply. |
| 21 | THE COURT: And a reply date, Mel? |
| 22 | THE CLERK: October 10th. |
| 23 | THE COURT: And a status date? |
| 24 | THE CLERK: November 13th at 9:00 a.m. |
| 25 | THE COURT: Okay. |

| | |
|---|---|
| 1 | MS. FIORENTINOS:  But we will submit an order, |
| 2 | Judge, because we technically have to extend the stipulation. |
| 3 | And we will put in there the other matters that we discussed |
| 4 | regarding discovery, when it would start and all those |
| 5 | matters. |
| 6 | THE COURT:  Yes.  And if you want to just leave it |
| 7 | with Ms. Foster, I will sign it. |
| 8 | MS. FIORENTINOS:  Yes.  But the one thing that |
| 9 | would be useful, if the Court is able in advance to give us |
| 10 | an actual trial date in March, we will be able to use all the |
| 11 | dates to trigger backwards from that. |
| 12 | THE COURT:  Late March, Mel? |
| 13 | THE CLERK:  Pretrial conference March 26th at 1:30. |
| 14 | THE COURT:  This is a bench trial -- |
| 15 | MS. FIORENTINOS:  This is a bench trial -- |
| 16 | THE COURT:  -- on the permanent injunction? |
| 17 | MR. CARROLL:  Correct. |
| 18 | THE COURT:  We won't need a pretrial conference. |
| 19 | THE CLERK:  Trial March 30th at 9:00 a.m. |
| 20 | THE COURT:  Okay. |
| 21 | MR. CARROLL:  That's fine. |
| 22 | MS. FIORENTINOS:  Thank you so much. |
| 23 | THE COURT:  Thank you both. |
| 24 | (Which were all the proceedings heard.) |
| 25 | |

CERTIFICATE

1  
2      I certify that the foregoing is a correct transcript  
3  from the record of proceedings in the above-entitled matter.  
4  
5      /s/ Mary M. Hacker                September 19, 2008  
6  _____      _____  
   Mary M. Hacker                        Date  
7  Official Court Reporter