# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4572 | **DATE** | 9/26/2008 |
| **CASE TITLE** | Jones Day vs. BlockShopper.com | | |

**DOCKET ENTRY TEXT**

Motion by attorney Paul Alan Levy for leave to appear pro hac vice for defendants Public Citizen, Electronic Frontier Foundation, Public Knowledge and Citizens Media Law Project is granted [37].

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

08C4572 Jones Day vs. BlockShopper.com                                                                                              Page 1 of 1

Dockets.Justia.com