## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Jones Day v. Blockshopper.com, *et al.*,        Case Number:      08CV4572

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Public Citizen, Electronic Frontier Foundation, Public Knowledge, and Citizen Media Law Project, amici curiae

| | |
|---|---|
| NAME (Type or print) <br> Paul Alan Levy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul Alan Levy | |
| FIRM Public Citizen Litigation Group | |
| STREET ADDRESS   1600 - 20th Street, NW | |
| CITY/STATE/ZIP <br> Washington, DC 20009 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 202-588-7725 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES x☐   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO x☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☐x | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☐x | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |