Jones Day v. BlockShopper.com et al                                                                    Doc. 54

Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4572 | **DATE** | 11/13/2008 |
| **CASE TITLE** | Jones Day vs. Blockshopper.com | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motions to dismiss plaintiff's amended complaint is granted as to the claims alleged against individual defendants Timpone and Weinhaus [40,43]. The motions to dismiss are otherwise denied. The motion of Electronic Frontier Foundation, Public Citizen, Public Knowledge and Citizen Media Law Project for leave to file brief as Amici Curiae is denied. Defendant's to answer by 12/11/08. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

Dockets.Justia.com