IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONES DAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 4572 |
| BLOCKSHOPPER, LLC, BRIAN TIMPONE and EDWARD WEINHAUS, | ) ) Judge John Darrah ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

Defendants Blockshopper, LLC, Brian Timpone and Edward Weinhaus (collectively "Defendants") respectfully move the Court to grant leave to James A. Klenk (#01482599) and Natalie J. Spears (#6230320) of Sonnenschein Nath & Rosenthal LLP to file additional appearances on their behalf.

November 26, 2008

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Natalie J. Spears
One of the attorneys for Defendants

James A. Klenk (01482599)
Natalie J. Spears (6230320)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606
(312) 876-8000(312) 876-8000
(312) 876-7934 (Facsimile)
14754885

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of       Case Number: 08 C 04572
JONES DAY v. BLOCKSHOPPER.COM et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Blockshopper, LLC, Brian Timpone and Edward Weinhaus

| | |
|---|---|
| NAME (Type or print) <br> James A. Klenk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ /s/James A. Klenk | |
| FIRM <br> Sonnenschein Nath & Rosenthal LLP | |
| STREET ADDRESS <br> 7800 Sears Tower, 233 S. Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01482599 | TELEPHONE NUMBER <br> 312-876-8062 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
JONES DAY v. BLOCKSHOPPER.COM et al.

Case Number: 08 C 04572

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Blockshopper, LLC, Brian Timpone and Edward Weinhaus

| | |
|---|---|
| NAME (Type or print) <br> Natalie J. Spears | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ /s/Natalie J. Spears | |
| FIRM <br> Sonnenschein Nath & Rosenthal LLP | |
| STREET ADDRESS <br> 7800 Sears Tower, 233 S. Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230320 | TELEPHONE NUMBER <br> 312-876-2556 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

# CERTIFICATE OF SERVICE

I, Natalie J. Spears, an attorney, hereby certify that on November 26, 2008, I electronically filed the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES** by using the CM/ECF system, which will send notification of such filing to the attached service list:

Paul W. Schroeder (pwschroeder@jonesday.com)
Irene S. Fiorentinos (ifiorentinos@jonesday.com)
Brent P. Ray (bpray@jonesday.com
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312) 782-3939
(312) 782-8585 (Fax)

Meredith M. Wilkes (mwilkes@jonesday.com)
James W. Walworth, Jr. (jwalworth@jonesday.com)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212

Martin B. Carroll (mcarroll@fhslc.com)
Daniel S. Hefter (dhefter@fhslc.com)
Tracy Katz Muhl (tkatz@fhslc.com)
Adam A. Hackikian (ahackikian@fhslc.com)
FOX, HEFTER, SWIBEL, LEVIN & CARROLL LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
(312) 224-1230

/s/ Natalie J. Spears
One of the attorneys for Defendants