IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONES DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 4572 |
| ) | |
| BLOCKSHOPPER, LLC, BRIAN ) | Judge John Darrah |
| TIMPONE and EDWARD WEINHAUS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:**

Paul W. Schroeder
(pwschroeder@jonesday.com)
Irene S. Fiorentinos
(ifiorentinos@jonesday.com)
Brent P. Ray (bpray@jonesday.com)
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312) 782-3939
(312) 782-8585 (Fax)

Meredith M. Wilkes
(mwilkes@jonesday.com)
James W. Walworth, Jr.
(jwalworth@jonesday.com)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212

Martin B. Carroll (mcarroll@fhslc.com)
Daniel S. Hefter (dhefter@fhslc.com)
Tracy Katz Muhl (tkatz@fhslc.com)
Adam A. Hackikian
(ahackikian@fhslc.com)
FOX, HEFTER, SWIBEL, LEVIN &
CARROLL LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
(312) 224-1230

**PLEASE TAKE NOTICE** that December 4, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS' MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**, a copy of which is attached hereto and served upon you.

Dated: November 26, 2008

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Natalie J. Spears
One of the attorneys for Defendants

James A. Klenk (01482599)
Natalie J. Spears (6230320)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 876-8000(312) 876-8000
(312) 876-7934 (Facsimile)

14754885\V-1

# CERTIFICATE OF SERVICE

I, Natalie J. Spears, an attorney, hereby certify that on November 26, 2008, I electronically filed the foregoing **NOTICE OF MOTION** by using the CM/ECF system, which will send notification of such filing to the attached service list:

Paul W. Schroeder (pwschroeder@jonesday.com)
Irene S. Fiorentinos (ifiorentinos@jonesday.com)
Brent P. Ray (bpray@jonesday.com
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312) 782-3939
(312) 782-8585 (Fax)

Meredith M. Wilkes (mwilkes@jonesday.com)
James W. Walworth, Jr. (jwalworth@jonesday.com)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212

Martin B. Carroll (mcarroll@fhslc.com)
Daniel S. Hefter (dhefter@fhslc.com)
Tracy Katz Muhl (tkatz@fhslc.com)
Adam A. Hackikian (ahackikian@fhslc.com)
FOX, HEFTER, SWIBEL, LEVIN & CARROLL LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
(312) 224-1230

/s/ Natalie J. Spears
One of the attorneys for Defendants