Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv4572 | **DATE** | December 1, 2008 |
| **CASE TITLE** | Jones Day v. Blockshopper | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for leave to file additional appearances [56] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|