IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONES DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 CV 4572 |
| ) | |
| BLOCKSHOPPER, LLC, BRIAN ) | Judge John Darrah |
| TIMPONE and EDWARD WEINHAUS, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois, Defendant, BlockShopper LLC, by its attorneys, makes the following disclosures:

Defendant BlockShopper LLC is a Delaware limited liability company and has no parent company. There is no publicly held company which owns 10% or more of Defendant BlockShopper LLC.

December 4, 2008

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Natalie J. Spears
One of the attorneys for Defendant

James A. Klenk (01482599)
Natalie J. Spears (6230320)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 876-8000(312) 876-8000
(312) 876-7934 (Facsimile)

14763099

# CERTIFICATE OF SERVICE

I, Natalie J. Spears, an attorney, hereby certify that on December 4, 2008, I electronically filed the foregoing **DEFENDANT BLOCKSHOPPER'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** by using the CM/ECF system, which will send notification of such filing to the attached service list:

Paul W. Schroeder (pwschroeder@jonesday.com)
Irene S. Fiorentinos (ifiorentinos@jonesday.com)
Brent P. Ray (bpray@jonesday.com
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
(312) 782-3939
(312) 782-8585 (Fax)

Meredith M. Wilkes (mwilkes@jonesday.com)
James W. Walworth, Jr. (jwalworth@jonesday.com)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
(216) 579-0212

Martin B. Carroll (mcarroll@fhslc.com)
Daniel S. Hefter (dhefter@fhslc.com)
Tracy Katz Muhl (tkatz@fhslc.com)
Adam A. Hackikian (ahackikian@fhslc.com)
FOX, HEFTER, SWIBEL, LEVIN & CARROLL LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
(312) 224-1230

                                            /s/ Natalie J. Spears
                                            One of the attorneys for Defendant
                                            BlockShopper LLC