IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JONES DAY,** | ) | Case No. 08CV4572 |
| | ) | |
| Plaintiff, | ) | Judge John Darrah |
| | ) | |
| v. | ) | |
| | ) | |
| **BlockShopper.com, et. al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, pursuant to the parties' agreement, hereby stipulate that this matter shall be dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| Dated: 2/12/09 | Dated: February 10, 2009 |
| *(signed) Irene S. Fiorentinos* | *(signed) James C. Klenk* |
| Paul W. Schroeder | James A. Klenk |
| pwschroeder@jonesday.com | jklenk@sonnenschein.com |
| Irene S. Fiorentinos | Natalie J. Spears |
| ifiorentinos@jonesday.com | nspears@sonnenschein.com |
| JONES DAY | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 77 West Wacker Drive | 7800 Sears Tower |
| Chicago, IL 60601 | Chicago, IL 60606 |
| Phone: 312-782-3939 | Phone: 312-876-8000 |
| | |
| Attorneys for Plaintiff | Martin B. Carroll |
| | mcarroll@fhslc.com |
| | FOX, HEFTER, SWIBEL, LEVIN & CARROLL LLP |
| | 200 West Madison Street, Suite 3000 |
| | Chicago, IL 60606 |
| | Phone: 312-224-1200 |
| | |
| | Attorneys for Defendants |

CHI-1664746v2